1  Matthew P. Minser, Esq. (SBN 296344)
   Luz E. Mendoza, Esq. (SBN 303387)
2  SALTZMAN & JOHNSON LAW CORPORATION
3  1141 Harbor Bay Parkway, Suite 100
   Alameda, CA 94502
4  Telephone: (510) 906-4710
   Email: mminser@sjlawcorp.com
5  Email: lmendoza@sjlawcorp.com

6  Attorneys for Plaintiffs, Operating Engineers'
   Health And Welfare Trust Fund for Northern California, et al.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPERATING ENGINEERS' HEALTH AND     | Case No.: 4:22-cv-03537 TLT
12 | WELFARE TRUST FUND FOR NORTHERN     |
   | CALIFORNIA, et al.,                 |
13 |                                     | **PROOF OF SERVICE OF SUMMONS**
   |         Plaintiffs,                 |
14 |                                     |
   |     v.                              |
15 |                                     |
16 | DOC'S MOBILE SERVICE, a California  |
   | Partnership, et al.,                |
17 |                                     |
   |         Defendants.                 |
18

---

1

**PROOF OF SERVICE OF SUMMONS**
**Case No. 4:22-cv-03537 DMR**

Case 3:22-cv-03537-TLT     Document 13     Filed 09/28/22     Page 2 of 7

| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>Telephone No: (510) 906-4710<br>Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| Ref. No. or File No.: | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br>Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3. a. Party served:     TODD JOHNSON, an Individual, and as a Qualifying Partner of Defendant Doc's Mobile Service
   b. Person served:    CARL ALAN JOHNSON, JR, QUALIFYING PARTNER. Caucasian , Male , Age: 70 , Hair: White , Height: 6'0" , Weight: 210

4. Address where the party was served:   65 SPRUCE STREET, EUREKA, CA 95503

5. I served the party:
   a. by substituted service.   On: Thu, Sep 08 2022 at: 05:10 PM by leaving the copies with or in the presence of:
   CARL ALAN JOHNSON, JR, QUALIFYING PARTNER. Caucasian , Male , Age: 70 , Hair: White , Height: 6'0" , Weight: 210

   (1) ☐ (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) ☒ (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ (Declaration of Mailing) is attached.
   (4) ☐ (Declaration of Diligence) attached stating actions taken first to attempt personal service.


FIRSTLEGAL

PROOF OF SERVICE

7622731
(7924844)
Page 1 of 2

| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>Telephone No: (510) 906-4710<br>Attorney For: Plaintiff | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br>Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al. | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 | |

6. **Person Who Served Papers:**
   a. Austin Mitchell, Humboldt 21-35 ()
   b. **FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111
   d. *The Fee* for Service was: 107.52
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/09/2022
(Date)                    (Signature)



| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>Telephone No: (510) 906-4710<br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br>Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al. |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Sep 9, 2022
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: TODD JOHNSON, an Individual, and as a Qualifying Partner of Defendant Doc's Mobile Service
           65 SPRUCE STREET, EUREKA, CA 95503

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on* Fri, Sep 9, 2022 *in the ordinary course of business.*

                            Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee for Service was:** 107.52
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

                            09/09/2022
                            (Date)                     (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

7622731
(7924844)

| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>Telephone No: (510) 906-4710<br>Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br>Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3. a. Party served:    CONNIE BERNIECE JOHNSON, an Individual, and as a General Partner of Defendant Doc's Mobile Service
   b. Person served:   CARL ALAN JOHNSON, JR, QUALIFYING PARTNER, Caucasian, Male, Age: 70, Hair: White, Height: 6'0", Weight: 210

4. Address where the party was served:   65 SPRUCE STREET, EUREKA, CA 95503

5. I served the party:
   a. **by substituted service.**   On: Thu, Sep 08 2022 at: 05:10 PM by leaving the copies with or in the presence of:
   CARL ALAN JOHNSON, JR, QUALIFYING PARTNER, Caucasian, Male, Age: 70, Hair: White, Height: 6'0", Weight: 210

   (1) ☐ **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) ☒ **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ **(Declaration of Mailing)** is attached.
   (4) ☐ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

7622733
(7924845)
Page 1 of 2

| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>Telephone No: (510) 906-4710 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br>Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |

6. **Person Who Served Papers:**
   a. Austin Mitchell, Humboldt 21-35 ()
   b. **FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111
   d. *The Fee* for Service was: 107.52
   e. I am: A Registered California Process Server

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        09/09/2022
                                         (Date)                    (Signature)



| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>  Telephone No: (510) 906-4710<br>  Attorney For: Plaintiff | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br>Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al. | | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Sep 9, 2022
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: CONNIE BERNIECE JOHNSON, an Individual, and as a General Partner of Defendant Doc's Mobile Service
          65 SPRUCE STREET, EUREKA, CA 95503

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Sep 9, 2022 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee for Service was:** 107.52
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

09/09/2022
(Date)                              (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

7622733
(7924845)