1  Matthew P. Minser, Esq. (SBN 296344)
2  Luz E. Mendoza, Esq. (SBN 303387)
   SALTZMAN & JOHNSON LAW CORPORATION
3  1141 Harbor Bay Parkway, Suite 100
   Alameda, CA 94502
4  Telephone: (510) 906-4710
   Email: mminser@sjlawcorp.com
5  Email: lmendoza@sjlawcorp.com

6  Attorneys for Plaintiffs, Operating Engineers'
7  Health And Welfare Trust Fund for Northern California, et al.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  OPERATING ENGINEERS' HEALTH AND           Case No.: 4:22-cv-03537 TLT
    WELFARE TRUST FUND FOR NORTHERN
12  CALIFORNIA, et al.,

13              Plaintiffs,                    **PROOF OF SERVICE OF SUMMONS**

14
        v.
15

16  DOC'S MOBILE SERVICE, a California
    Partnership, et al.,
17

            Defendants.
18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE OF SUMMONS**
**Case No. 4:22-cv-03537 DMR**

| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>  Telephone No:   (510) 906-4710 | | For Court Use Only |
|---|---|---|
|   Attorney For:   Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:   OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR<br>         NORTHERN CALIFORNIA; et al.<br>Defendant:   DOC'S MOBILE SERVICE, a California Partnership; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3.   *a.*   Party served:     CARL ALAN JOHNSON, JR., an Individual, and as a Qualifying Partner of Defendant Doc's Mobile Service
     *b.*   Person served:     CARL ALAN JOHNSON, JR , Caucasian , Male , Age: 70 , Hair: White , Height: 6'0" , Weight: 210 , authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*   65 SPRUCE STREET, EUREKA, CA 95503

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 08 2022 (2) at: 05:10 PM

6. *Person Who Served Papers:*
   a. Austin Mitchell, Humboldt 21-35 ()
   **b. FIRST LEGAL**
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
   c. (415) 626-3111

         **d. *The Fee** for Service was:  107.52*

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

               09/09/2022

               *(Date)*                            *(Signature)*



| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>Telephone No: (510) 906-4710 | For Court Use Only |
|---|---|
| Attorney For:  Plaintiff  ⎪ Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

Plaintiff:   OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR
            NORTHERN CALIFORNIA; et al.
Defendant:  DOC'S MOBILE SERVICE, a California Partnership; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3.  *a.   Party served:*      DOC'S MOBILE SERVICE, a California Partnership
    *b.   Person served:*    CARL ALAN JOHNSON, JR, QUALIFYING PARTNER, Caucasian , Male , Age: 70 , Hair: White , Height: 6'0" ,
                             Weight: 210 , authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   65 SPRUCE STREET, EUREKA, CA 95503

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 08 2022 (2) at: 05:10 PM

6.  *Person Who Served Papers:*
    a. Austin Mitchell, Humboldt 21-35 ()                    **d.** *The Fee* for Service was:  189.77
    **b. FIRST LEGAL**
       200 WEBSTER STREET, SUITE 201
       OAKLAND, CA 94607
    c. (415) 626-3111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

    09/09/2022
    _____          _____
    *(Date)*                                *(Signature)*

