Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlacorp.com

Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOC'S MOBILE SERVICE, a California Partnership, et al., <br><br> Defendants. | Case No.: 4:22-cv-03537 TLT <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of Contra Costa, State of California. My business address is 5100-B1 Clayton Road, Suite 373, Concord, California 94521.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **October 4, 2022**, I served the following document(s):

**CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE [DKT. 14]**

on the interested parties in said action by enclosing a true and exact copy of each document in an envelope and depositing the sealed envelope with the United States Postal Service in a sealed envelope with first class postage fully prepaid.

1

**PROOF OF SERVICE**
**Case No. 4:22-cv-03537 TLT**

4. The envelope was addressed and mailed as follows:

Doc's Mobile Service
Carl Johnson
Connie Johnson
Todd Johnson
65 Spruce Street
Eureka, CA 95503

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **October 4, 2022,** at Vallejo, California.

/S/
Alicia Wood
Paralegal