| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>　Telephone No: (510) 906-4710 | For Court Use Only |
|---|---|
| 　Attorney For: Plaintiff　｜　Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|

Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR
　　　　　NORTHERN CALIFORNIA; et al.
Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3. *a.* *Party served:* CONNIE BERNIECE JOHNSON, an Individual, and as a General Partner of Defendant Doc's Mobile Service
   *b.* *Person served:* CARL ALAN JOHNSON, JR, QUALIFYING PARTNER, Caucasian, Male, Age: 70, Hair: White, Height: 6'0", Weight: 210

4. *Address where the party was served:* 65 SPRUCE STREET, EUREKA, CA 95503

5. *I served the party:*
   a. **by substituted service.** On: Thu, Sep 08 2022 at: 05:10 PM by leaving the copies with or in the presence of:
   CARL ALAN JOHNSON, JR, QUALIFYING PARTNER, Caucasian, Male, Age: 70, Hair: White, Height: 6'0", Weight: 210

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>  Telephone No:  (510) 906-4710 | | | | |
| Attorney For:  Plaintiff | | Ref. No. or File No.: | | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:*  OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR
    NORTHERN CALIFORNIA; et al.
*Defendant:*  DOC'S MOBILE SERVICE, a California Partnership; et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Austin Mitchell, Humboldt 21-35 ()
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. *The Fee* for Service was:  107.52
   e. I am: A Registered California Process Server

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

09/09/2022
*(Date)*                              *(Signature)*



| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>  Telephone No:  (510) 906-4710<br><br>  Attorney For:  Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR<br>         NORTHERN CALIFORNIA; et al.<br>Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Sep 9, 2022
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: CONNIE BERNIECE JOHNSON, an Individual, and as a General Partner of Defendant Doc's Mobile Service
                   65 SPRUCE STREET, EUREKA, CA 95503

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on* Fri, Sep 9, 2022 *in the ordinary course of business.*

                                       Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
   a. Juan Cruz
   b. **FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

                                   d. *The Fee for Service was:*  107.52
                                   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

09/09/2022
*(Date)*

*(Signature)*



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | 7622733<br>(7924845) |
|---|---|---|

| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br><br>  Telephone No:  (510) 906-4710 | | For Court Use Only |
|---|---|---|
|   Attorney For:  Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff: OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR
 NORTHERN CALIFORNIA; et al.
Defendant: DOC'S MOBILE SERVICE, a California Partnership; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3.  *a.  Party served:*    TODD JOHNSON, an Individual, and as a Qualifying Partner of Defendant Doc's Mobile Service
    *b.  Person served:*   CARL ALAN JOHNSON, JR, QUALIFYING PARTNER. Caucasian , Male , Age: 70 , Hair: White , Height: 6'0" , Weight: 210

4. *Address where the party was served:*   65 SPRUCE STREET, EUREKA, CA 95503

5. *I served the party:*
   a. **by substituted service.**   On: Thu, Sep 08 2022 at: 05:10 PM by leaving the copies with or in the presence of:
   CARL ALAN JOHNSON, JR, QUALIFYING PARTNER. Caucasian , Male , Age: 70 , Hair: White , Height: 6'0" , Weight: 210

   (1)  [X]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [ ]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [X]  **(Declaration of Mailing)** is attached.
   (4)  [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>  Telephone No:  (510) 906-4710 | | For Court Use Only |
|---|---|---|
|   Attorney For:  Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Plaintiff:  OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR<br>           NORTHERN CALIFORNIA; et al.<br>Defendant:  DOC'S MOBILE SERVICE, a California Partnership; et al. |
|---|

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Austin Mitchell, Humboldt 21-35 ()
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was:  107.52
   e. I am: A Registered California Process Server

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                09/09/2022
                 (Date)                             (Signature)



| Attorney or Party without Attorney:<br>MATTHEW P. MINSER (SBN 296344)<br>SALTZMAN & JOHNSON<br>1141 HARBOR BAY PARKWAY, SUITE 100<br>ALAMEDA, CA 94502<br>  Telephone No:  (510) 906-4710 | | For Court Use Only |
|---|---|---|
|   Attorney For:  Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:  OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR<br>         NORTHERN CALIFORNIA; et al.<br>Defendant:  DOC'S MOBILE SERVICE, a California Partnership; et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03537 |
|---|---|---|---|---|

1.   *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.   I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint; Certification Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Notice Of Electronic Filing X4 (Documents No. 5, 9, 11, 12); Declination To Magistrate Judge Jurisdiction; Order Reassigning Case; Standing Order For All Judges, Contents Of Joint Case Management Statement; ECF Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For Civil Cases Before District Judge Trina L. Thompson

3.   By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
     a. Date of Mailing: Fri, Sep 9, 2022
     b. Place of Mailing: OAKLAND, CA 94607
     c. Addressed as follows: TODD JOHNSON, an Individual, and as a Qualifying Partner of Defendant Doc's Mobile Service
                     65 SPRUCE STREET, EUREKA, CA 95503

4.   *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on* Fri, Sep 9, 2022 *in the ordinary course of business.*

                                        Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
  a. Juan Cruz
  b. **FIRST LEGAL**
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
  c. (415) 626-3111

  d. *The Fee for Service was:* 107.52
  e. I am: Not a Registered California Process Server

6.   *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

                                    09/09/2022
                                       *(Date)*                                 *(Signature)*



| | | |
|---|---|---|
| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**BY MAIL** | 7622731<br>(7924844) |