Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DOC'S MOBILE SERVICE, a California Partnership, et al.,<br><br>Defendants. | Case No.: 4:22-cv-03537 TLT<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF LUZ E. MENDOZA IN SUPPORT THEREOF** |

TO THE CLERK:     Please enter the default of Defendants Doc's Mobile Service, a California Partnership, Todd Johnson, an individual and as a qualifying partner of Defendant Doc's Mobile Service, Carl Alan Johnson, Jr., an individual and as a qualifying partner of Defendant Doc's Mobile Service, and Connie Berniece Johnson, an individual and as a general partner of Defendant Doc's Mobile Service (hereinafter collectively "Defendants"), on the Complaint in the above-entitled action. This request is based on the fact that Defendants have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1.     Plaintiffs filed a Complaint in this matter on June 15, 2022 against Defendants. (Dkt. No. 1.)

//

1

**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF LUZ E. MENDOZA IN SUPPORT THEREOF**
**Case No. 4:22-cv-03537 TLT**

P:\CLIENTS\OE3CL\Doc's Mobile Service\Pleadings\Word Versions + Fillable .PDFs\Doc's Mobile - Request for Entry of Default.docx

2. Plaintiffs served Defendant Todd Johnson and Defendant Connie Berniece Johnson on September 8, 2022 by substituted service, with service effectuated 10 days later on September 18, 2022, and a Proof of Service of Summons was filed with this Court on September 28, 2022. (Dkt. No. 13.) As set forth in the Proof of Service, service was accomplished at 65 Spruce Street, Eureka, CA 95503. This is the address listed with the California Contractor's State License Board as the Partnership's business address. Notably, this address is a residence pursuant to Plaintiffs' process server. Therefore, on December 14, 2022, Plaintiffs filed an updated Proof of Service of Summons with this Court indicating that the 65 Spruce Street, Eureka, CA 95503 is a residence rather than a company. (Dkt. No. 20.) A LexisNexis search of Defendant Todd Johnson and Defendant Connie Berniece Johnson also indicated that 65 Spruce Street, Eureka, CA 95503 was Defendant Todd Johnson and Defendant Connie Berniece Johnson's primary address.

3. Plaintiffs personally served Defendant Doc's Mobile Service and Defendant Carl Alan Johnson, Jr. on September 8, 2022 and a Proof of Service of Summons was filed with this Court on October 4, 2022. (Dkt. No. 15.)

4. Defendants Doc's Mobile Service and Carl Alan Johnson, Jr.'s deadline to respond to Plaintiffs' Complaint was September 29, 2022. Defendants Todd Johnson and Connie Berniece Johnson's deadline to respond to Plaintiffs' Complaint was October 11, 2022. No response has been filed to date for any Defendant.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action and that the foregoing is true of my own knowledge.

Executed this 22nd day of December 2022, at Los Angeles, California.

DATED: December 22, 2022                    SALTZMAN & JOHNSON LAW CORPORATION

By:  /S/
Luz E. Mendoza
Attorneys for Operating Engineers' Health And
Welfare Trust Fund, et al.