**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Matthew P. Minser, Esq. (SBN 296344); Luz E. Mendoza (SBN 303387)
FIRM NAME: SALTZMAN & JOHNSON LAW CORPORATION
STREET ADDRESS: 5100-B1 Clayton Road, Ste 373
CITY: Concord    STATE: CA    ZIP CODE: 94521
TELEPHONE NO.: (510) 906-4710    FAX NO.:
EMAIL ADDRESS: mminser@sjlawcorp.com/lmendoza@sjlawcorp.com
ATTORNEY FOR (name): Plaintiffs

[X] ATTORNEY FOR    [ ] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**USDC Northern District of California**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Courthouse

PLAINTIFF/PETITIONER: Operating Engineers Health & Welfare Trust Fund for N. CA, et al.
DEFENDANT/RESPONDENT: Doc's Mobile Service, et al.

CASE NUMBER: 4:22-cv-03537 TLT

**WRIT OF**
[X] **EXECUTION (Money Judgment)**
[ ] **POSSESSION OF** [ ] **Personal Property**
[ ] **SALE** [ ] **Real Property**

[ ] **Limited Civil Case**
(including Small Claims)
[X] **Unlimited Civil Case**
(including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** USDC, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Operating Engineers Health and Welfare Trust Fund for Northern California, et al.
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Doc's Mobile Service
   65 Spruce Street
   Eureka, CA 95503

   [X] Additional judgment debtors on next page

5. **Judgment entered** on (date): 01/23/24
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.

**For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 431,940.79 |
| 12. Costs after judgment (CCP 685.090) | $ | 47,768.19 |
| 13. Subtotal (add 11 and 12) | $ | 479,708.98 |
| 14. Credits to principal (after credit to interest) | $ | 105,478.64 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 374,230.34 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 374,230.34 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . . $ 102.53
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 2/25/2025

*Mark B. Busby*

Clerk, by *Cindy Hernandez*, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Operating Engineers Health & Welfare Trust Fund for N. CA, et al. | CASE NUMBER: |
| Defendant/Respondent: Doc's Mobile Service, et al. | 4:22-cv-03537 TLT |

21. [x] Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

Todd Johnson
65 Spruce Street
Eureka, CA 95503

22. The judgment is for *(check one):*

a. [ ] wages owed.
b. [ ] child support or spousal support.
c. [ ] other.

23. [ ] Notice of sale has been requested by *(name and address):*

24. [ ] Joint debtor was declared bound by the judgment (CCP 989-994)
a. *on (date):*                                              a. *on (date):*
b. name, type of legal entity if not a natural person, and      b. name, type of legal entity if not a natural person, and
   last known address of joint debtor:                             last known address of joint debtor:

c. [ ] Additional costs against certain joint debtors are itemized: [ ] below [ ] on Attachment 24c.

25. [ ] (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

a. [ ] Possession of real property: The complaint was filed on *(date):*
   *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

   (1) [ ] The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
          judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

   (2) [ ] The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

   (3) [ ] The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
          judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
          to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
          415.46 and 1174.3(a)(2).)*

   (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
       not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

       (a) The daily rental value on the date the complaint was filed was $

       (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| Plaintiff/Petitioner: Operating Engineers Health & Welfare Trust Fund for N. CA, et al. | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Doc's Mobile Service, et al. | 4:22-cv-03537 TLT |

25. b. ☐ Possession of personal property.

      ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

  c. ☐ Sale of personal property.

  d. ☐ Sale of real property.

  e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form

1  Matthew P. Minser, Esq. (SBN 296344)
2  Luz E. Mendoza, Esq. (SBN 303387)
   SALTZMAN & JOHNSON LAW CORPORATION
3  5100-B1 Clayton Road, Ste 373
   Concord, CA 94521
4  Telephone: (510) 906-4710
   Email: mminser@sjlawcorp.com
5  Email: lmendoza@sjlawcorp.com

6  Attorneys for Plaintiffs, Operating Engineers'
7  Health and Welfare Trust Fund for Northern California, et al.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  OPERATING ENGINEERS' HEALTH AND          Case No.: 4:22-cv-03537 TLT
    WELFARE TRUST FUND FOR NORTHERN
12  CALIFORNIA, et al.,                       **DECLARATION OF LUZ E. MENDOZA IN**
                                              **SUPPORT OF ISSUANCE OF PROPOSED**
13              Plaintiffs,                    **WRIT OF EXECUTION**

14       v.

15
    DOC'S MOBILE SERVICE, a California
16  Partnership, et al.,

17              Defendants.

18

19       TO CLERK OF THE COURT:

20       I, Luz E. Mendoza, declare under penalty of perjury that:

21       1.      I am the attorney for the Plaintiffs in the above-entitled action.

22       2.      On January 3, 2024, within ten years past, an Amended Judgment Pursuant to Stipulation

23  ("Stipulation" or "Judgment") was entered in favor of Plaintiffs and against Defendants Doc's Mobile

24  Service, a California partnership and Todd Johnson (hereinafter "Guarantor") (Doc's Mobile Service

25  and Todd Johnson are hereinafter referred to as "Defendants") in the amount of $431,940.79 (including

26  conditionally waived liquidated damages of $76,305.68). (Dkt No. 30.) Attached hereto as ***Exhibit A***

27  and incorporated herein by reference is a true and correct copy of the Stipulation, which requires that

28  Defendants make monthly payments on the Judgment debt, while remaining current in monthly

                                                  1

contributions to the Plaintiff Trust Funds.

3.      Paragraph 12 of the Stipulation provides that, in the case of Defendants' default of the terms of the Stipulation, "*A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.*" **This is the required Declaration.**

4.      **Defendants are in default of the terms of the Stipulation**, and the amounts Defendants currently owe pursuant to the Stipulation are described herein.

5.      **Contribution payments, default:** Paragraph 7(b) of the Stipulation requires that Defendants remain current in reporting and payment of contributions due to Plaintiffs. Contributions are due on the 15th day of the following month after work is performed and are delinquent if not received by the 25th day of that month.

6.      Pursuant to Paragraph 11 of the Stipulation, any unpaid current contributions, together with 20% liquidated damages and 10% per annum interest accrued on the contributions shall be added to and become part of the Judgment and subject to the terms therein.

7.      **Defendants defaulted on their obligations by failing to timely submit payment for their reported November and December 2024 contributions.**

8.      **Notice of default; Defendants' failure to cure:** On or about January 24, 2025, pursuant to Paragraph 10 of the Stipulation, Plaintiffs sent a written demand to Defendants to cure the default by submitting a replacement check for November 2024 contributions (original payment was returned due to insufficient funds) and submitting payment for its December 2024 contributions within seven (7) days of the date of the letter. Attached hereto as ***Exhibit B*** and incorporated herein by reference is a true and correct copy of said demand dated January 24, 2025. **Defendants failed to submit the requested payment for their November 2024 contributions** but paid their December 2024 contributions. Plaintiffs subsequently sent follow up emails to Defendants on January 27, 2025, January 28, 2025, February 3, 2025, February 7, 2025, and February 10, 2025 informing Defendants that payment for the outstanding contributions has not been received. These follow up emails were sent as a courtesy to Defendants although not required pursuant to the Stipulation. Attached hereto as ***Exhibit C*** and

incorporated herein by reference is a true and correct copy of said emails with Defendants from January 24, 2025 through February 10, 2025. **Defendants therefore remain in default**.

9.     **Total Judgment and additional amounts are now due to Plaintiffs:** Pursuant to Paragraph 10 of the Stipulation, in the event the default is not cured, "*all amounts remaining due hereunder (after application of principal payments, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, additional (current) contributions/liquidated damages/interest, and additional attorney's fees and costs incurred herein.*" A summary of all amounts now due is summarized below.

a)     Conditional Principal Balance: **$250,156.47.** Payments totaling $140,000.00 were submitted toward the conditional Judgment amount of $355,635.11, which were applied as follows: $34,521.36 to interest (calculated at 10% per annum on the conditional balance) and $105,478.64 to principal, reducing the conditional principal balance due to $250,156.47.

b)     Conditionally Waived Liquidated Damages: **$76,305.68.** This amount became due and payable to Plaintiffs upon Defendants' failure to timely cure their default.

c)     Interest on the Judgment Principal balance: **$3,130.40.** This amount is calculated at 10% per annum on the Judgment principal balance, for the period from January 21, 2025, which is the last date Defendants made their Stipulated payment, through February 24, 2025 ($326,462.15 * 10% = $32,646.22; $32,646.22 / 365 = $89.44 interest per day; January 21, 2025 through February 24, 2025 = 35 days; 35 days * $89.44 = $3,130.40).

d)     Unpaid and Late-paid Contributions; Liquidated Damages and Interest Thereon: **$27,165.40**. This amount consists of the following:

Late-paid November 2023 Contributions: Defendants' November 2023 contributions were delinquent when not paid by December 25, 2023. Defendants reported $14,357.47 for hours worked during November 2023. Defendants paid their November 2023 contributions on January 1, 2024. Therefore 20% liquidated damages in the amount of **$2,871.50** were assessed on the total contributions reported. 10% per annum interest totaling **$27.53** (7 days) also accrued thereon from December 26, 2023 through January 1, 2024.

Late-paid December 2023 Contributions: Defendants' December 2023 contributions were

---

3
**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
Case No. 4:22-cv-03537 TLT

delinquent when not paid by January 25, 2024. Defendants reported $15,296.02 for hours worked during December 2023. Defendants paid their December 2023 contributions on February 5, 2024. Therefore 20% liquidated damages in the amount of **$3,059.20** were assessed on the total contributions reported. 10% per annum interest totaling **$46.09** (11 days) also accrued thereon from January 26, 2024 through February 5, 2024.

Late-paid January 2024 Contributions: Defendants' January 2024 contributions were delinquent when not paid by February 25, 2024. Defendants reported $7,063.52 for hours worked during January 2024. Defendants paid their January 2024 contributions on February 29, 2024. Therefore 20% liquidated damages in the amount of **$1,412.70** were assessed on the total contributions reported. 10% per annum interest totaling **$7.76** (4 days) also accrued thereon from February 26, 2024 through February 29, 2024.

Unpaid November 2024 Contributions: Defendants reported but failed to pay **$14,153.78** for November 2024 contributions. Therefore 20% liquidated damages in the amount of **$2,830.76** were assessed on the total contributions reported. 10% per annum interest totaling **$236.68** (61 days) has also accrued thereon from December 26, 2024 through February 24, 2025.

Unpaid December 2024 Contributions: Defendants' December 2024 contributions were delinquent when not paid by January 25, 2025. Defendants reported $12,277.78 for hours worked during December 2024. Defendants paid their December 2024 contributions on February 13, 2025. Therefore 20% liquidated damages in the amount of **$2,455.56** were assessed on the total contributions reported. 10% per annum interest totaling **$63.84** (19 days) also accrued thereon from January 26, 2025 through February 13, 2025.

     e)    Attorneys' fees and costs: Pursuant to Section 7(e) of the Stipulation, "*Defendants shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs*."

The January 3, 2024 Judgment includes attorneys' fees and costs of $17,112.63 from February 1, 2023 through October 31, 2023.

Additional attorneys' fees and costs in the amount of total amount of **$17,472.39** were incurred from November 1, 2023 through January 31, 2025. The work performed is detailed in the billing records attached hereto as ***Exhibit D.***

10.    The total amount now due and owing by Defendants to Plaintiffs is as follows:

| | | | |
|---|---|---|---|
| Conditional Stipulation Amount: | $355,635.11 | | |
| Principal Payments: | *($105,478.64)* | | |
| Subtotal: | | $250,156.47 | |
| Conditionally Waived Liquidated Damages: | | $76,305.68 | |
| **Subtotal (Stipulation Balance):** | | | **$326,462.15** |
| 10% Interest on Cond. Stip. Bal. (1/21/25-2/24/25): | $3,130.40 | | |
| 20% Liquidated Damages on 11/23 Late-Paid Contributions: | $2,871.50 | | |
| Interest on 11/23 Late-Paid Contributions: | $27.53 | | |
| 20% Liquidated Damages on 12/23 Late-Paid Contributions: | $3,059.20 | | |
| Interest on 12/23 Late-Paid Contributions: | $46.09 | | |
| 20% Liquidated Damages on 1/24 Late-Paid Contributions: | $1,412.70 | | |
| Interest on 1/24 Late-Paid Contributions: | $7.76 | | |
| Unpaid 11/24 Contributions: | $14,153.78 | | |
| 20% Liquidated Damages on 11/24 Unpaid Contributions: | $2,830.76 | | |
| Interest on 11/24 Unpaid Contributions: | $236.68 | | |
| 20% Liquidated Damages on 12/24 Late-Paid Contributions: | $2,455.56 | | |
| Interest on 12/24 Late-Paid Contributions: | $63.80 | | |
| | | $30,295.80 | |
| Attorneys' fees (11/1/23 – 1/31/25): | $17,074.00 | | |
| Costs (11/1/23 – 1/31/25): | $398.39 | | |
| | | $17,472.39 | |
| **Subtotal (Costs After Judgment, Writ ¶12):** | | | **$47,768.19** |
| *TOTAL DUE (Writ ¶18):* | | | *$374,230.34* |

11.    Pursuant to the terms of the Stipulation, interest continues to be calculated at 10% per annum on the amounts owed, which equates to **$102.53 per day** ($374,230.34 * 10% = $37,423.03;

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No. 4:22-cv-03537 TLT**

$37,423.03 / 365 = $102.53 daily interest).

12.     To the best of my knowledge and belief, and based on his communications with my office, Defendant Todd Johnson is not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003. Doc's Mobile Service is a California Partnership and is therefore not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003.

13.     A copy of the proposed Writ of Execution is attached hereto as ***Exhibit E***. Plaintiffs will provide the Court with an original Writ of Execution for issuance along with a copy of this Request, which will be hand delivered to the Court.

WHEREFORE, it is prayed that a Writ of Execution be promptly issued against Defendants for ***$374,230.34 plus $102.53 per diem interest from February 24, 2025, until satisfied***. It is further requested that the Court retain jurisdiction over this matter.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

DATED: February 24, 2025                    SALTZMAN & JOHNSON LAW CORPORATION


By: _____/S/_____
    Luz E. Mendoza
    Attorneys for Operating Engineers' Health and
    Welfare Trust Fund, et al.

**DECLARATION OF LUZ E. MENDOZA IN SUPPORT OF ISSUANCE OF PROPOSED WRIT OF EXECUTION**
**Case No. 4:22-cv-03537 TLT**

Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers
Health and Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DOC'S MOBILE SERVICE, a California Partnership; TODD JOHNSON, an Individual, and as a Qualifying Partner of Defendant Doc's Mobile Service; CARL ALAN JOHNSON, JR., an Individual, and as a Qualifying Partner of Defendant Doc's Mobile Service; and CONNIE BERNIECE JOHNSON, an Individual, and as a General Partner of Defendant Doc's Mobile Service,<br><br>Defendants. | Case No. 3:22-cv-03537- TLT<br><br>**AMENDED JUDGMENT PURSUANT TO STIPULATION;** ~~[PROPOSED]~~ **ORDER THEREON** |

IT IS HEREBY STIPULATED and AGREED (the "Stipulation") by and between the parties hereto that an Amended Stipulated Judgment[1] shall be entered in the within action in favor of Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al. ("Plaintiffs" or

---

[1] Amending the Stipulated judgment ("Judgment Pursuant to Stipulation") between the parties entered on March 16, 2023 (Dkt No. 26)

1

**AMENDED JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 3:22-cv-03537- TLT**

EXHIBIT A

"Trust Funds") and against Defendant Doc's Mobile Service, a California Partnership, and Todd Johnson, an individual and as Qualifying Partner of Defendant Doc's Mobile Service (collectively "Defendants").

The Parties have agreed to amend the Judgment Pursuant to Stipulation to provide Defendants with a revised payment plan for current amounts owed to Plaintiffs, to include additional liquidated damages and interest amounts incurred, amounts found due pursuant to an audit of Defendants' payroll records for the period of December 16, 2020 through December 31, 2021, and additional attorneys' fees and costs.

1.      Defendant Doc's Mobile Service is signatory to and bound by the terms of a Collective Bargaining Agreement(s) ("Bargaining Agreement") with the Operating Engineers Local 3 Union ("Union"). The Bargaining Agreement is still in full force and effect.

2.      Todd Johnson confirms that he is authorized to enter into this Stipulation on behalf of Defendant Doc's Mobile Service, as a Qualifying Partner of Doc's Mobile Service.

3.      Todd Johnson ("Guarantor"), as the qualifying partner of Defendant Doc's Mobile Service, also confirms that he is personally guaranteeing the amounts due pursuant to the terms of this Stipulation. Defendants/Guarantor specifically consent to the Court's jurisdiction, as well as the use of a Magistrate Judge for all proceedings, including entry of judgment herein. Defendants/Guarantor further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, parent or other controlling companies), and any companies with which any Defendant joins or merges, if any, shall also be bound by the terms of this Stipulation as Guarantors. This shall include any additional entities in which Defendants/Guarantor are officers, owners or possess any controlling ownership interest. All such entities shall specifically consent to the Court's jurisdiction, the use of a Magistrate Judge for all proceedings, and all other terms herein, in writing, at the time of any assignment, affiliation or purchase, and if they do not, shall nevertheless be bound to the terms of this Stipulation. Defendants and Guarantor confirm and agree that any applicable successors in interest, assignees, and affiliated entities may be added to this Stipulation by Plaintiffs through a noticed motion before this Court or any other court of competent jurisdiction.

# EXHIBIT A

4. Defendants are currently indebted to the Trust Funds as follows:

| | | | |
|---|---|---|---|
| Conditional Stipulation Amount: | $354,977.66 | | |
| Principal Payments: | *-$35,337.92* | | |
| Subtotal: | | $319,639.74 | |
| Conditionally Waived Liquidated Damages: | | $65,535.24 | |
| **Subtotal (Stipulation Balance):** | | | **$385,174.98** |
| | | | |
| 10% Interest on Cond. Stip. Bal. (11/16/23-12/5/23): | $2,110.60 | | |
| | | | |
| Liquidated Damages on 2/23 Late-Paid Contributions: | $1,986.72 | | |
| Interest on 2/23 Late-Paid Contributions: | $54.40 | | |
| | | | |
| Liquidated Damages on 3/23 Late-Paid Contributions: | $1,286.29 | | |
| Interest on 3/23 Late-Paid Contributions: | $38.72 | | |
| | | | |
| Liquidated Damages on 4/23 Late-Paid Contributions: | $1,682.32 | | |
| Interest on 4/23 Late-Paid Contributions: | $158.70 | | |
| | | | |
| Liquidated Damages on 5/23 Late-Paid Contributions: | $1,989.98 | | |
| Interest on 5/23 Late-Paid Contributions: | $103.74 | | |
| | | | |
| Liquidated Damages on 6/23 Late-Paid Contributions: | $2,497.30 | | |
| Interest on 6/23 Late-Paid Contributions: | $51.30 | | |
| | | $11,960.07 | |
| Audit (12/16/20-12/31/21) Contribution Underpayments – Schedule A: | $12,789.79 | | |
| Audit (12/16/20-12/31/21) Contribution Underpayments – Schedule B: | $488.48 | | |
| Audit (12/16/20-12/31/21) Liquidated Damages (10%): | $1,327.83 | | |
| Audit (12/16/20-12/31/21) 10% Interest (through 12/12/22): | $1,783.89 | | |
| Audit (12/16/20-12/31/21) 10% Additional Interest (12/13/22-12/5/23): | $1,303.12 | | |
| | | $17,693.11 | |

# EXHIBIT A

3

| | | | |
|---|---|---|---|
| Attorneys' fees (2/1/23 – 10/31/23): | $17,099.50 | | |
| Costs (2/1/23 – 10/31/23): | $13.13 | | |
| | | $17,112.63 | |
| **Subtotal (Costs After Judgment Pursuant to Stipulation):** | | | **$46,765.81** |
| | | | |
| | | | |
| ***TOTAL DUE:*** | | | ***$431,940.79*** |

5.      The Parties hereby expressly stipulate that Judgment shall be entered against Defendants and in Plaintiffs' favor in the total amount of **$431,940.79** pursuant to the terms set forth below.

**REQUIREMENTS UNDER THE TERMS OF THIS STIPULATION**

6.      **Notice requirements** pursuant to the terms of this Stipulation are as follows:

a) Notices to Defendant:  Doc's Mobile Service, c/o Todd Johnson, 65 Spruce Street, Eureka, CA 95503; email: todd@docsmobile.com

b) Notices to Plaintiffs: Matthew P. Minser / Luz E. Mendoza, Saltzman & Johnson Law Corporation, 5100-B1 Clayton Road, Suite 373, Concord, CA 94521; email: mminser@sjlawcorp.com, copy to compliance@sjlawcorp.com

7.      The requirements pursuant to the terms of this Stipulation are as follows:

a)      **Monthly Payments**: Defendant shall conditionally pay the amount of **$355,635.11** representing all of the above amounts, less liquidated damages in the amount of **$76,305.68.** Payments shall begin on December 15, 2023, and continue on or before the 15th (fifteenth) day of each month thereafter **for a period of sixteen (16) months** as follows:

i)      The monthly payment amount will be **$10,000.00 per month** for the months December 2023 through March 2024;

ii)      The monthly payment amount beginning April 2024 will be the full amortized payment, based on the conditional balance due at that time, amortized over the twelve (12) months remaining in the payment plan. Defendants shall request this payment amount from the Trust Funds' Legal Counsel, Matthew P. Minser / Luz E. Mendoza by April 1, 2024.

iii)      Plaintiffs may require that Defendants pay electronically by ACH/wire transfer, or by cashier's check.

iv)      Defendants shall have the right to increase the monthly payments at any

# EXHIBIT A

4

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.:  3:22-cv-03537- TLT

1    time and there is no penalty for prepayment.

2                   v)     Payments shall be applied first to interest, at the rate of 10% per annum in

3    accordance with the Bargaining Agreement(s) and Trust Agreements. Interest shall begin to accrue on

4    December 6, 2023.

5                   b)    **Contributions:** Beginning with contributions due for hours worked by

6    Defendant's employees during the month of November 2023, and for every month thereafter until this

7    Judgment is satisfied, Defendants shall remain current in reporting and payment of contributions due to

8    Plaintiffs under the terms of the Collective Bargaining Agreement(s).

9                   c)    **Job Report:** Beginning with work performed during the month of November

10    2023, and for every month thereafter, Defendants shall fully disclose all jobs on which they are working

11    by providing Plaintiffs with fully completed job reports on the form attached hereto as *Exhibit A*. Upon

12    request by Plaintiffs, Defendants shall also provide Plaintiffs with copies of Certified Payroll Reports.

13                   d)    **Audit:** Should the Trust Funds request a further audit of Defendants' payroll

14    record pursuant to the requirements of Defendants' Collective Bargaining and/or other related

15    Agreement and/or the Plaintiffs' Trust Agreements, Defendants must contact the auditor within seven

16    (7) days of receiving notice and must schedule the audit as requested. Defendants must fully comply

17    with the audit by keeping the scheduled appointment for the audit and making all documentation

18    requested by the auditor available for inspection. Defendants specifically agree that if all records are not

19    provided upon Plaintiffs' request, Plaintiffs may conduct post judgment discovery, a debtor's exam, or

20    any other court proceeding necessary to compel provision of the documents.

21                   i)     In the event that amounts are found due to Plaintiffs as a result of a further

22    audit, Plaintiffs shall send a copy of the audit report and written demand for payment to Defendants. In

23    the event that the audit findings are not contested, payment in full shall be delivered to Matthew P.

24    Minser / Luz E. Mendoza at the address provided above within ten (10) days of the date of the demand

25    letter.

26                   ii)    In the event that Defendants dispute the audit findings, Defendants must

27    provide the dispute in writing, with all supporting documentation, within ten (10) days of the date of the

28

**EXHIBIT A**

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.: 3:22-cv-03537- TLT

demand. Defendants shall be notified as to whether revisions will be made to the audit. If revisions are not made, payment in full of the amount requested in the above-described demand letter, plus additional interest, will be immediately due. If revisions are made, payment in full of the revised amount shall be immediately due. Plaintiffs shall send a revised written demand for payment to Defendants. Payment in full shall be delivered to Matthew P. Minser / Luz E. Mendoza at the address provided above within ten (10) days of the date of the demand letter.

iii) If Defendants are unable to make payment in full, Defendants may submit a request to add the amounts found due to this Stipulation. If the Stipulation is so revised, Defendants shall execute an Amended Judgment or Amendment to Judgment within ten (10) days of receipt. Failure to execute the revised agreement shall constitute a default of the terms herein.

iv) Failure by Defendants to fully comply with a further audit, and/or submit either payment in full or a request to add the amounts due to this Judgment within ten (10) days of receipt shall constitute a default of the obligations under this agreement. All amounts found due on audit shall immediately become part of this Judgment. Defendants stipulate that the Trust Funds may compel any outstanding documents needed to complete the audit by debtor's examination, post judgment discovery, or further court action.

e) **Fees:** Defendant shall pay all additional attorneys' fees and costs incurred through Satisfaction of Judgment, whether or not a default occurs.

8. In summary, Defendants shall deliver the following payments and documents to Plaintiffs, at the following locations, on or before the following delivery deadlines, until this Stipulation has been fully satisfied:

| **Required Submissions** | **Delivery deadlines[2]** | **Delivery locations** |
|---|---|---|
| **Stipulated payments in the amount of $10,000.00** payable to *Operating Engineers Trust Funds* | 15th day of each month (12/15/23 – 3/15/24) | Operating Engineers Trust Funds P.O. Box 3157 Hayward, CA 94540-3157 |
| **Stipulated payments, payable to *Operating Engineers Trust Funds*,** | 15th day of each month | Operating Engineers Trust Funds P.O. Box 3157 |

---

[2] If the Stipulation has not been fully satisfied by 3/15/25, all monthly submission requirements shall continue until all amounts have been paid and a Satisfaction of Judgment has been filed with the Court.

**EXHIBIT A**

6

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.: 3:22-cv-03537- TLT

| Required Submissions | Delivery deadlines[2] | Delivery locations |
|---|---|---|
| **in the fully amortized payment amount, based on the conditional balance due at that time, amortized over the twelve (12) months remaining in the payment plan. Defendants shall request this payment amount from the Trust Funds' Legal Counsel, Matthew P. Minser / Luz E. Mendoza by April 1, 2024** | (4/15/24 – 3/15/25) | Hayward, CA  94540-3157 |
| **Current contribution reports and payments** payable to *Operating Engineers Trust Funds* | 15th day of each month (Beginning 12/15/23 for 11/23 hours) | Electronically, via Employer Edge Operating Engineers Trust Funds P.O. Box 3157 Hayward, CA  94540-3157  Plus, copies to: compliance@sjlawcorp.com (subject: "Doc's Mobile contribution reports") |
| **Completed job reports** (form attached as Exhibit A to Stipulation) **and Certified Payroll** (if requested) | 15th day of each month (Beginning 12/15/23 for 11/23 hours) | compliance@sjlawcorp.com (subject: "Doc's Mobile Service") |

9.      Failure to comply with any of the above terms, including submitting a payment that does not clear the bank, or failing to endorse a joint check provided for the payment of amounts due under the terms of this Stipulation including current contributions, shall constitute a default of the obligations under this Stipulation.

## DEFAULTS UNDER THE TERMS OF THIS STIPULATION

10.      If default occurs, Plaintiffs shall make a written demand to Defendants to cure said default ***within seven (7) days of the date of the notice from Plaintiffs***. In the event default is not cured within the required time frame, all amounts remaining due hereunder (after application of principal payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, additional (current) contributions/liquidated damages/interest, and additional attorney's fees and costs incurred herein.

11.      Any unpaid or late-paid contributions, together with 20% liquidated damages and 10%

# EXHIBIT A

7

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.:  3:22-cv-03537- TLT

per annum interest, shall become part of this Judgment. Plaintiffs reserve all rights available to collect any contributions and related amounts not included herein. This includes, but is not limited to, any amounts due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to submit a report for any month, contributions shall be estimated pursuant to Trust Fund policy. Defendants specifically waives the defense of the doctrine *res judicata* as to any such additional amounts determined as due.

12. A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.

## MISCELLANEOUS PROVISIONS

13. The above requirements remain in full force and effect regardless of whether Defendants have ongoing work, whether Defendants' account with the Trust Funds is active, or whether Defendants are signatory to a Collective Bargaining Agreement with the Union. If, for any reason, Defendants have no work to report during a given month, Defendants shall submit the job report form (Exhibit A attached hereto) indicating that there are no current jobs. **If Defendants have no contributions to report, Defendants shall submit the applicable contribution report stating, "no employees."**

14. Payments made by joint check shall be endorsed on behalf of Defendants prior to submission, and may be applied toward Defendants' monthly stipulated payment, provided that the issuer of the joint check is not requesting a release in exchange for the payment. Joint checks for which a release is requested may not be applied toward Defendants' monthly stipulated payment but shall be deducted from the total balance owed under this Stipulation, provided the payment is for contributions included in this Stipulation.

15. Prior to the last payment pursuant to this Stipulation, Plaintiffs shall advise Defendants as to the final amount due, including additional interest, any current contributions and related amounts and all additional attorneys' fees and costs incurred by Plaintiffs, whether Defendants defaults herein. **Any additional amounts due shall be paid in full with the final stipulated payment due on March 15,**

EXHIBIT A

8

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.: 3:22-cv-03537- TLT

2025.

16.     The conditional waiver of liquidated damages shall be presented to the Board of Trustees for consideration only after all amounts due under the terms of this Stipulation are paid in full, and Defendants' account is otherwise current. If the waiver is granted, a Satisfaction of Judgment will be filed with the Court once all payments have cleared the bank. If the waiver is not granted, the liquidated damages will be immediately due. The waiver may be granted with further conditions, such as paying timely and remaining current for an additional period of time.

17.     Defendants waive any notice of Entry of Judgment or of any Request for a Writ of Execution, and expressly waive all rights to stay of execution and appeal.

18.     Any failure on the part of Plaintiffs to take any action as provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach.

19.     Defendants/Guarantor have represented that they do not intend to file for Bankruptcy protection. In the event that Defendants/Guarantor file for Bankruptcy protection, Defendants/Guarantor specifically agree that the amounts due hereunder, which are employee benefits and related sums, shall not be dischargeable. Defendants/Guarantor agree to reaffirm this debt and will not request that the debt be discharged.

20.     Should any provisions of this Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable, or invalid part, term, or provisions shall be deemed not to be part of this Stipulation.

21.     This Stipulation is limited to the agreement between the parties with respect to the unpaid and delinquent contributions and related sums enumerated herein, owed by Defendants to Plaintiffs. This Stipulation does not in any manner relate to withdrawal liability claims, if any. Defendant acknowledges that Plaintiffs expressly reserve their right to pursue withdrawal liability claims, if any, against Defendant and all of their control group members, as provided by Plaintiffs' Plan documents, Trust Agreements incorporated into their Bargaining Agreements, and applicable laws and regulations. The parties to this Stipulation understand and agree that nothing contained herein shall in any manner

EXHIBIT A

9

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.: 3:22-cv-03537- TLT

1 | relate to or otherwise limit the obligations of Defendants with respect to the assessment and collection of
2 | withdrawal liability pursuant to 29 U.S.C. § 1381 et seq.

3 |     22.    This Stipulation contains all of the terms agreed to by the parties and no other agreements
4 | have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by
5 | all parties hereto.

6 |     23.    This Stipulation may be executed in any number of counterparts and by facsimile, each of
7 | which shall be deemed an original and all of which shall constitute the same instrument.

8 |     24.    Defendants/Guarantor represents and warrant that they have had the opportunity to be or
9 | have been represented by counsel of their own choosing in connection with entering this Stipulation
10 | under the terms and conditions set forth herein, that they have read this Stipulation with care and are
11 | fully aware of and represent that they enter into this Stipulation voluntarily and without duress.

12 |     25.    The parties agree that the Court shall retain jurisdiction of this matter until this Judgment
13 | is satisfied.

**DOC'S MOBILE SERVICE**

DATED: December _22_, 2023

By: _____
    Todd Johnson., General Partner of Defendant Doc's
    Mobile Service

DATED: December _22_, 2023     **TODD JOHNSON**

By: _____
    Todd Johnson, an Individual and General Partner of
    Defendant Doc's Mobile Service

DATED: December _22_ , 2023     **OPERATING ENGINEERS HEALTH AND
WELFARE TRUST FUND FOR NOR. CAL., ET
AL**

By: _____
Sonya Brown
Fringe Benefits Director for Operating Engineers Local
3 Trust Funds

EXHIBIT A

**IT IS SO ORDERED. IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter.

DATED: ~~December ____, 2023~~   January 2, 2024

_____
UNITED STATES DISTRICT JUDGE

EXHIBIT A

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.:  3:22-cv-03537- TLT

<table>
<tr><td colspan="3">**Exhibit A: JOB REPORT FORM**<br>**Completed Forms Due by the 15th business day of each month**<br>by email to compliance@sjlawcorp.com (subject line: *Doc's Mobile Service*), or<br>delivered to Saltzman & Johnson, 5100-B1 Clayton Road, Suite 373, Concord, CA 94521</td></tr>
</table>

**Employer: DOC'S MOBILE SERVICE**
**Report for the month of _____, 20__ Submitted by: _____**

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | **Project Manager Name:** | |
| **Project Manager Phone #:** | **Project Manager email address:** | |
| **Contract #:** | **Contract Date:** | |
| **Total Contract Value:** | | |
| **Work Start Date:** | **Work Completion Date:** | |
| **Project Bond #:** | **Surety:** | |

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | **Project Manager Name:** | |
| **Project Manager Phone #:** | **Project Manager email address:** | |
| **Contract #:** | **Contract Date:** | |
| **Total Contract Value:** | | |
| **Work Start Date:** | **Work Completion Date:** | |
| **Project Bond #:** | **Surety:** | |

***Attach additional sheets as necessary***

# EXHIBIT A

12

AMENDED JUDGMENT PURSUANT TO STIPULATION
Case No.: 3:22-cv-03537- TLT



(510) 906-4710
www.sjlawcorp.com

## NOTICE OF DEFAULT

January 24, 2025

**VIA EMAIL (todd@docsmobile.com)**
**AND FIRST-CLASS MAIL**
Doc's Mobile Service
c/o Todd Johnson
65 Spruce Street
Eureka, CA 95503

Re:    **Operating Engineers' Health & Welfare Trust Fund, for Northern California, et al. v.**
       **Doc's Mobile Service, et al.**
       *USDC, Northern Dist. Case No. C22-03537 TLT*

Dear Mr. Johnson:

This serves as notice that you and Doc's Mobile Service are <u>in default</u> of the Amended Judgment **Pursuant to Stipulation** ("Stipulation"), which requires you to make the following submissions by the following deadlines:

| **Required Submissions** | **Delivery deadlines**[1] | **Delivery locations** |
|---|---|---|
| **Stipulated payments in the amount of $10,000.00** payable to *Operating Engineers Trust Funds* | 15th day of each month (12/15/23 – 3/15/24) | Operating Engineers Trust Funds P.O. Box 3157 Hayward, CA  94540-3157 |
| **Stipulated payments, payable to *Operating Engineers Trust Funds*, in the fully amortized payment amount, based on the conditional balance due at that time, amortized over the twelve (12) months remaining in the payment plan. Defendants shall request this payment amount from the Trust Funds' Legal Counsel, Matthew P. Minser / Luz E. Mendoza by April 1, 2024** | 15th day of each month (4/15/24 – 3/15/25) | Operating Engineers Trust Funds P.O. Box 3157 Hayward, CA  94540-3157 |

---

[1] If all such obligations are not fully satisfied by 3/15/25, all monthly submission requirements shall continue until all amounts have been paid and a Satisfaction of Judgment has been filed with the Court.

# EXHIBIT B

Doc's Mobile Service
c/o Todd Johnson
January 24, 2025

| <u>Required Submissions</u> | <u>Delivery deadlines</u>[1] | <u>Delivery locations</u> |
|---|---|---|
| **Current contribution reports and payments** payable to *Operating Engineers Trust Funds* | 15th day of each month (Beginning 12/15/23 for 11/23 hours) | Electronically, via Employer Edge Operating Engineers Trust Funds P.O. Box 3157 Hayward, CA 94540-3157<br><br>Plus, copies to: compliance@sjlawcorp.com (subject: "Doc's Mobile contribution reports") |
| **Completed job reports** (form attached as Exhibit A to Stipulation)<br><br>**and Certified Payroll** (if requested) | 15th day of each month (Beginning 12/15/23 for 11/23 hours) | compliance@sjlawcorp.com (subject: "Doc's Mobile Service") |

The above submissions must be made on a **<u>monthly basis</u>**, until the judgment has been satisfied.

The Trust Funds' Administrator has informed me that your payment in the amount of $**14,153.78**, submitted for **November 2024** contributions, has been returned by the bank due to insufficient funds. As you know, your November 2024 contributions were due by December 15, 2024 and became delinquent when not paid in full by December 25, 2024.

The Trust Funds' Administrator has also informed me that you have failed to submit payment for your **December 2024 contributions**. Your December 2024 contributions were due by January 15, 2025 and have not been received to date. Furthermore, your **December 2024 job report** was due at the above-referenced delivery location by January 15, 2025 and has not been received to date.

In addition, we remind you that the Board of Trustees reviewed the fact that your payment plan/Stipulation payments were supposed to increase to the fully amortized amount effective April 15, 2024. (*See* my December 18, 2024 email to you.) The Trustees delayed that increase based on your promise to sell multiple properties and pay off the payment plan in full. However, given that it has been more than eight months now, and the properties are still not sold, the Trustees are allowing you to continue paying the reduced payments through your 2/15/2025 payment. If the payment plan is not paid off by 3/1/2025, then the payments will increase to the full amortized payment based on the conditional balance due as of March 1, 2025. Your March 15, 2025 payment will then be the fully amortized amount due as of that time.

**Demand is hereby made for immediate submission of a *<u>cashier's check</u>* in the amount of $14,153.78 plus payment for your December 2024 contributions, as well as submission of your December 2024 job report, all to be received at the above-referenced delivery location within seven (7) days from the date of this letter.**



Doc's Mobile Service
c/o Todd Johnson
January 24, 2025

**Should you fail to submit the requested replacement payment for your November 2024 contributions, your December 2024 contributions payment, and your job report within seven (7) days, I will proceed with further legal action as provided under Paragraphs 10-12 of the Stipulation**. I hope this will not be necessary and urge you to comply with the Judgment to which you stipulated.

Sincerely,

Luz E. Mendoza
lmendoza@sjlawcorp.com

LEM/ajs

# EXHIBIT B

**Luz Mendoza**

---

| | |
|---|---|
| **From:** | Luz Mendoza |
| **Sent:** | Monday, February 10, 2025 2:54 PM |
| **To:** | Todd Docsmobile |
| **Cc:** | Matthew Minser; Alicia Skwarnicki |
| **Subject:** | RE: Doc's Mobile Service |

Hi Todd,

I have not received any proof of payment for your 11/24 and 12/24 contributions. We will need to proceed with post judgment action at this time.

Thanks.

Luz Elena Mendoza, Esq.
Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
https://sjlawcorp.com/



---

**From:** Luz Mendoza
**Sent:** Friday, February 7, 2025 6:12 PM
**To:** Todd Docsmobile <todd@docsmobile.com>
**Cc:** Matthew Minser <MMinser@sjlawcorp.com>; Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Subject:** RE: Doc's Mobile Service

Hi Todd,

Please make a wire transfer for your November 2024 contributions ($12,277.78). Here is the wire information:



Fremont
Address: ████████████545
Account #: ████████
Routing #: ████████

Please also provide proof of payment for your 12/24 contributions.

As to the total due, assuming the Board of Trustees waive the liquidated damages included in the amended stipulation, the total payoff amount would be **$282,364.88** ($358,670.56 minus $76,305.68 in conditionally waived LDs). **This is assuming you pay your 11/24-12/24 contributions by 2/10/25.** See the summary below.

**Should your 11/24-12/24 contributions not be paid by this Monday, then $308,796.44 would be the total amount due ($385,102.12 minus $76,305.68 in conditionally waived LDs).**



1

**Please note that conditionally waived liquidated damages are subject to review by the Board of Trustees after all other amounts are paid in full.**

Please let us know if you have any questions. **Otherwise, please provide proof of payment for your 11/24-12/24 contributions by Monday, 2/10/25.**

| | | | |
|---|---|---|---|
| Conditional Stipulation Amount: | $355,635.11 | | |
| Principal Payments: | ($105,478.64) | | |
| Subtotal: | | $250,156.47 | |
| Conditionally Waived Liquidated Damages: | | $76,305.68 | |
| **Subtotal (Stipulation Balance):** | | | **$326,462.15** |
| 10% Interest on Cond. Stip. Bal. (1/22/25-2/10/25): | $1,788.80 | | |
| Liquidated Damages on 11/23 Late-Paid Contributions: | $2,871.50 | | |
| Interest on 11/23 Late-Paid Contributions: | $27.53 | | |
| Liquidated Damages on 12/23 Late-Paid Contributions: | $3,059.20 | | |
| Interest on 12/23 Late-Paid Contributions: | $46.09 | | |
| Liquidated Damages on 1/24 Late-Paid Contributions: | $1,412.70 | | |
| Interest on 1/24 Late-Paid Contributions: | $7.76 | | |
| Liquidated Damages on 11/24 Late-Paid Contributions: | $2,830.76 | | |
| Interest on 11/24 Late-Paid Contributions: | $182.36 | | |
| Liquidated Damages on 12/24 Late-Paid Contributions: | $2,455.56 | | |
| Interest on 12/24 Late-Paid Contributions: | $53.76 | | |
| | | $14,736.02 | |
| Attorneys' fees (11/1/23 – 1/31/25): | $17,074.00 | | |
| Costs (11/1/23 – 1/31/25): | $398.39 | | |
| | | $17,472.39 | |
| **Subtotal (Costs After Judgment Pursuant to Stipulation):** | | | **$32,208.41** |
| | | | |
| ***TOTAL DUE:*** | | | ***$358,670.56*** |

Thanks.

Luz Elena Mendoza, Esq.
Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
https://sjlawcorp.com/

# EXHIBIT C



**From:** Todd Docsmobile <todd@docsmobile.com>
**Sent:** Friday, February 7, 2025 2:09 PM
**To:** Luz Mendoza <lmendoza@sjlawcorp.com>
**Cc:** Matthew Minser <MMinser@sjlawcorp.com>; Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Subject:** Re: Doc's Mobile Service

Good Afternoon Luz.
So I just went on and look at the site. It shows the one for November is paid and there is no pay link to pay to. I can go on an pay December and mail out the November one if you want.

Also what will be the total amount to pay off in march so I can secure those funds?

**Todd Johnson**
**Doc's Mobile Service**
**Excavating-grading-concrete-paving**
**530 739-0553**
**www.docsmobile.com**

**From:** Luz Mendoza <lmendoza@sjlawcorp.com>
**Sent:** Friday, February 7, 2025 10:23 AM
**To:** Todd Docsmobile <todd@docsmobile.com>
**Cc:** Matthew Minser <MMinser@sjlawcorp.com>; Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Subject:** RE: Doc's Mobile Service

Hi Todd,

The Administrator's records show that payments have not been received for your **11/24 and 12/24 contributions**.

We will need to proceed with post judgment action so I wanted to check in with you one last time to see if you can make the payments TODAY ($26,431.56 total). **Please advise.**

As a reminder, your stipulated payment will be due on 2/15/25.

In addition, we remind you (as stated in the attached letter) that the Board of Trustees reviewed the fact that your payment plan/Stipulation payments were supposed to increase to the fully amortized amount effective April 15, 2024. (See my December 18, 2024 email to you.) The Trustees delayed that increase based on your promise to sell multiple properties and pay off the payment plan in full. However, given that it has been more than eight months now, and the properties are still not sold, the Trustees are allowing you to continue paying the reduced payments through your 2/15/2025 payment. **If the payment plan is not paid off by 3/1/2025, then the payments will increase to the full amortized payment based on the conditional balance due as of March 1, 2025. Your March 15, 2025 payment will then be the fully amortized amount due as of that time.**

Thank you.

Luz Elena Mendoza, Esq.

3


EXHIBIT C

Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
https://sjlawcorp.com/



**From:** Todd Docsmobile <todd@docsmobile.com>
**Sent:** Monday, February 3, 2025 4:11 PM
**To:** Luz Mendoza <lmendoza@sjlawcorp.com>
**Cc:** Matthew Minser <MMinser@sjlawcorp.com>; Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Subject:** RE: Doc's Mobile Service

Let me check with Gale an get back to u.  I am still with my dad.

**Todd Johnson**
**Doc's Mobile Service**
**Excavating-grading-concrete-paving**
**530 739-0553**

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Luz Mendoza <lmendoza@sjlawcorp.com>
Date: 2/3/25 4:08 PM (GMT-08:00)
To: Todd Docsmobile <todd@docsmobile.com>
Cc: Matthew Minser <MMinser@sjlawcorp.com>, Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
Subject: RE: Doc's Mobile Service

Hi Todd,

The Administrator has confirmed that you have not paid your 11/24 and 12/24 contributions. Please provide an update today.

Thanks.

Luz Elena Mendoza, Esq.
Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
https://sjlawcorp.com/



4



**From:** Todd Docsmobile <todd@docsmobile.com>
**Sent:** Tuesday, January 28, 2025 11:05 AM
**To:** Luz Mendoza <lmendoza@sjlawcorp.com>
**Cc:** Matthew Minser <MMinser@sjlawcorp.com>; Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Subject:** RE: Doc's Mobile Service

Thank you I hope he will be to.   Perfect thank you for checking. I will get the payment out tonight when I get back to a computer an get able to log in.  Thank you so much.

**Todd Johnson**
**Doc's Mobile Service**
**Excavating-grading-concrete-paving**
**530 739-0553**

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Luz Mendoza <lmendoza@sjlawcorp.com>
Date: 1/28/25 10:40 AM (GMT-08:00)
To: Todd Docsmobile <todd@docsmobile.com>
Cc: Matthew Minser <MMinser@sjlawcorp.com>, Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
Subject: RE: Doc's Mobile Service

Hi Todd,

So sorry to hear about Doc. Hoping he is okay.

**As to the payments, I have confirmed that no payment has been received for your 11/24 and 12/24 contributions.**

**Please issue payment this week.**

Thank you.

Luz Elena Mendoza, Esq.
Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
https://sjlawcorp.com/

# EXHIBIT C



**From:** Todd Docsmobile <todd@docsmobile.com>
**Sent:** Tuesday, January 28, 2025 8:35 AM
**To:** Luz Mendoza <lmendoza@sjlawcorp.com>; Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Cc:** Matthew Minser <MMinser@sjlawcorp.com>
**Subject:** RE: Doc's Mobile Service

Hello Luz.
Doc is back in the hospital with heart failure. He was supposed to have paid it on Friday. But I don't have confirmation of if it was. I will have to get a log in to get into the site. Once I get in if it wasn't paid I will get it paid. I won't be able to be at my computer till tonight.

**Todd Johnson**
**Doc's Mobile Service**
**Excavating-grading-concrete-paving**
**530 739-0553**

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Luz Mendoza <lmendoza@sjlawcorp.com>
Date: 1/27/25 1:38 PM (GMT-08:00)
To: Todd Docsmobile <todd@docsmobile.com>, Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
Cc: Matthew Minser <MMinser@sjlawcorp.com>
Subject: RE: Doc's Mobile Service

Hi Todd,

Please provide proof of your payments.

Thanks.

Luz Elena Mendoza, Esq.
Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
https://sjlawcorp.com/

# EXHIBIT C



**From:** Todd Docsmobile <todd@docsmobile.com>
**Sent:** Friday, January 24, 2025 10:36 AM
**To:** Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Cc:** Luz Mendoza <lmendoza@sjlawcorp.com>; Matthew Minser <MMinser@sjlawcorp.com>; Saltzman & Johnson Compliance <compliance@sjlawcorp.com>
**Subject:** Re: Doc's Mobile Service

Here is the job report. The payments are being made today.


**Todd Johnson**
**Doc's Mobile Service**
**Excavating-grading-concrete-paving**
**530 739-0553**
**www.docsmobile.com**

**From:** Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Sent:** Friday, January 24, 2025 10:10 AM
**To:** Todd Docsmobile <todd@docsmobile.com>
**Cc:** Luz Mendoza <lmendoza@sjlawcorp.com>; Matthew Minser <MMinser@sjlawcorp.com>; Alicia Skwarnicki <askwarnicki@sjlawcorp.com>
**Subject:** Doc's Mobile Service

Dear Mr. Johnson:

Please see the attached letter from Luz E. Mendoza.

Thank you,

Alicia Skwarnicki **|** Paralegal
Saltzman & Johnson Law Corporation
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
https://sjlawcorp.com/



This e-mail message from Saltzman & Johnson Law Corporation is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

# EXHIBIT C

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 1 of 47

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Funds - TLT's Motion

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review file, review ISSI; email to administrator to determine whether employer cured default. | BILLABLE | 1/31/2025 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time<br>Review E-mails between L. Mendoza and employer re anticipated receipt of payment for contributions due; | BILLABLE | 1/28/2025 | 0.1 | $185.00 | $18.50 | AS |
| ☐ Time<br>Emails with Employer; review ISSI to confirm delinquencies. | BILLABLE | 1/28/2025 | 0.4 | $300.00 | $120.00 | LM |
| ☐ Time<br>Review file, email to employer. | BILLABLE | 1/27/2025 | 0.2 | $300.00 | $60.00 | LM |

EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local 3 Trust Funds / TLT's McDonald... Case 3:22-cv-03537-TLT    Document 31-5

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time | | ☐ | ☐ | ☐ | ☐ | ☐ |
| Review E-mails between L. Mendoza and administrator re status of stipulated payment and December 2024 contributions; research ISSI re November 2024 contribution status; update file: update recoveries chart and Stipulation tracking chart; analyze status of Stipulation compliance; review E-mails from L. Mendoza re default notice: review and revise default notice: follow up with L. Mendoza re finalization and issuance of same; finalize and issue same to employer via E-mail and mail; calendar response deadline; | BILLABLE | 1/24/2025 | 0.7 | $185.00 | $129.50 | AS |
| ☐ Time | | | | | | |
| Review A. Skwarnicki's additions to default notice: approve same; review email from employer. | BILLABLE | 1/24/2025 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time | | | | | | |
| Final updates to default notice; email A. Skwarnicki re finalizing and issuing same. | BILLABLE | 1/23/2025 | 0.2 | $300.00 | $60.00 | LM |

# EXHIBIT D



PracticePanther - OE3CL - Operating Engineers ... LLC's McIntyre

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time — Review email from administrator regarding receipt of stipulated payment; review ISSI email to administrator regarding contributions; email employer regarding 12/24 contributions; update default notice; email M. Minser re same. | BILLABLE | 1/22/2025 | 0.5 | $300.00 | $150.00 | LM |
| ☐ Time — Review file re case status; research ISSI and bank records re status of November and December 2024 contributions, and re stipulated payment; review E-mail from employer re hardship and anticipated submission of remaining compliance documents; follow up with L. Mendoza re same and pending default notice; | BILLABLE | 1/16/2025 | 0.4 | $185.00 | $74.00 | AS |
| ☐ Time — Review email from employer regarding inability to make payments today; email M. Minser and A. Skwarnicki re same. | BILLABLE | 1/16/2025 | 0.1 | $300.00 | $30.00 | LM |

EXHIBIT D

| ITEM | | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|---|
| ☐ Time | Review E-mail from L. Mendoza re default notice for November 2024 contributions; draft same; E-mail L. Mendoza re review | BILLABLE | 1/9/2025 | 0.4 | $185.00 | $74.00 | AS |
| ☐ Time | Review emails with Employer re default. | BILLABLE | 1/9/2025 | 0.1 | $325.00 | $32.50 | MPM |
| ☐ Time | Review file; review and revise default notice to include further discussion re Board of Trustees decision; email M. Minser and A. Skwarnicki re same. | BILLABLE | 1/9/2025 | 0.8 | $300.00 | $240.00 | LM |
| ☐ Time | Review E-mail from administrator re failure by employer to submit replacement payment for November 2024 contributions; review E-mails between L. Mendoza and employer re status of same; analyze further handling and follow up with L. Mendoza re default of Stipulation; follow up with M. Minser and L. Mendoza re further handling of delinquent 2017 contribution reports. | BILLABLE | 1/7/2025 | 0.3 | $185.00 | $55.50 | AS |



EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Federal Credit Union v. LLC's McDonald    Case 3:22-cv-03537-TLT    Filed 02/24/25    Document 31-5

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review email from employer re status of 11/24 contributions payment; communications with A. Skwarnicki regarding further action. | BILLABLE | 1/7/2025 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time<br>Review emails with administrator; emails with employer regarding delinquent 11/24 contributions. | BILLABLE | 1/6/2025 | 0.3 | $300.00 | $90.00 | LM |
| ☐ Time<br>Research ISSI re status of November 2024 contribution replacement payment; follow up with administrator re same; analyze further handling of case management and make notes to file; | BILLABLE | 1/2/2025 | 0.2 | $185.00 | $37.00 | AS |
| ☐ Time<br>Communicate with L. Mendoza re Employer's default and further action. | BILLED I-3378 | 12/27/2024 | 0.6 | $325.00 | $195.00 | MPM |



# EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local Union No. 3 Trust Funds | TLT's Motion

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Receive and review job list from employer; update file; review E-mails between administrator and L. Mendoza re receipt of stipulated payment and payment for November 2024 contributions returned due to bank account issues; update recoveries chart and stipulation tracking chart; E-mails with L. Mendoza re same; review E-mails between L. Mendoza and employer re returned November 2024 contributions payment; calendar date to follow up re replacement; | BILLED I-3378 | 12/27/2024 | 0.3 | $185.00 | $55.50 | AS |
| ☐ Time<br>Review emails from administrator regarding returned payment and receipt of stipulated payment; respond to same; email to employer regarding delinquencies; communications with M. Minser re same; email A. Skwarnicki re further action in light of receipt of stipulated payment; emails with employer; emails with administrator re Employer Edge account. | BILLED I-3378 | 12/27/2024 | 1.4 | $300.00 | $420.00 | LM |

EXHIBIT D

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review email from employer regarding job report; email to administrator regarding stipulated payment. | BILLED I-3378 | 12/23/2024 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time<br>Review E-mails between L. Mendoza and Collections Office re No Interest Letter for Caterpillar; review E-mails between L. Mendoza and M. Minser, and L. Mendoza and Caterpillar re same; review E-mail from L. Mendoza to employer re status of property sales and re Trustee decision re stipulated payment amounts; update stipulation tracking chart re same; review calendar re Stipulation deadlines; review file re status of Stipulation compliance; review E-mail from L. Mendoza to administrator re status of stipulated payment; research ISSI re November 2024 contributions; update recoveries chart and stipulation tracking chart; analyze further handling; E-mail L. Mendoza re no job list received; | BILLED I-3378 | 12/19/2024 | 0.5 | $185.00 | $92.50 | AS |

EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local 3 Pension Trust's - TLT's Motion

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Emails with A. Skwarnicki re additional delinquencies and further action. | BILLED I-3378 | 12/19/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time<br>Review further E-mails between L. Mendoza and M. Minser re requested agreement with Caterpillar re lien; review E-mails with employer and Caterpillar re same; | BILLED I-3378 | 12/18/2024 | 0.1 | $185.00 | $18.50 | AS |
| ☐ Time<br>Review agreement with Cat Financial; Review and approve email to S. Brown re same; Review and revise email to Employer re Trustees' decision. | BILLED I-3378 | 12/18/2024 | 0.3 | $325.00 | $97.50 | MPM |

EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local Union No. 3 Trustees of Trustees TLT's McDonnel Case 3:22-cv-03537-TLT  Document 31-5  Filed 02/24/25  Page 9 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review file to assess whether employer is current under stipulation; emails with administrator re same; review ISSI to assess whether employer is current on contributions; draft email to employer regarding Board of Trustees decision; email M. Minser regarding same; review M. Minser's revisions to correspondence to Employer and S. Brown; finalize, send email to employer; finalize, send email to Sonya Brown; review email from S. Brown; email Caterpillar Financial regarding no interest letter requested. | BILLED I-3378 | 12/18/2024 | 1.2 | $300.00 | $360.00 | LM |
| ☐ Time<br>Review Board of Trustees meeting results; draft email to Sonya Brown regarding no interest letter and Board of Trustees decision re same; revise no interest letter provided by Caterpillar Financial; email M. Minser re same. | BILLED I-3378 | 12/17/2024 | 0.5 | $300.00 | $150.00 | LM |

EXHIBIT D



Case 3:22-cv-03537-TLT Document 31-5 Filed 02/24/25 Page 10 of 47

PracticePanther - OE3CL - Operating Engineers Local No. 3 Pension Trust v. Comache's M...

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Emails with Employer and CAT Financing re subrogation agreement; Communicate with L. Mendoza re same. | BILLED I-3378 | 12/10/2024 | 0.3 | $325.00 | $97.50 | MPM  |
| ☐ Time<br>Review emails with employer; communications with M. Minser regarding same. | BILLED I-3378 | 12/10/2024 | 0.2 | $300.00 | $60.00 | LM  |
| ☐ Time<br>Review E-mail from administrator re reporting obligations during delinquent months; analyze further handling; follow up with L. Mendoza and M. Minser re same; | BILLED I-3378 | 12/4/2024 | 0.2 | $185.00 | $37.00 | AS |
| ☐ Time<br>Review email from administrator regarding training fund obligations; review email from Union re same; review email from Caterpillar Financing; draft response to same; email M. Minser re same. | BILLED I-3378 | 12/3/2024 | 0.5 | $300.00 | $150.00 | LM  |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Contract Compliance Trust Fund's Motion...   Case 3:22-cv-03537-TLT   Document 31-5   Filed 02/24/25   Page 11 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time Review E-mail from L. Mendoza re further handling of employer's assertion of no requirement to submit 2017 reports; follow up with administrator re same; review E-mails between M. Minser and L. Mendoza re further handling of subrogation of UCC Lien; review E-mails with employer re same; | BILLED I-3378 | 12/2/2024 | 0.3 | $185.00 | $55.50 | AS |
| ☐ Time Review emails from Employer re request to subrogate judgment liens below lien of Caterpillar; Email to L. Mendoza re further action on same. | PAID I-3243 | 11/25/2024 | 0.1 | $325.00 | $32.50 | MPM |
| ☐ Time Follow up with L. Mendoza and M. Minser re further handling of delinquent contribution reports; review E-mail from employer re issuance of stipulated payment; review E-mail from administrator re receipt of same; update stipulation tracking chart and recoveries chart; analyze status of Stipulation compliance; update calendar; | PAID I-3243 | 11/25/2024 | 0.3 | $185.00 | $55.50 | AS |

EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local 3's Motions

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review email from employer; draft email to S. Brown re case status and further handling recommendation as to grader financing company and employer's request; email M. Minser re same; emails with A. Skwarnicki re employer's 2017 reports. | PAID I-3243 | 11/25/2024 | 1.1 | $300.00 | $330.00 | LM |
| ☐ Time<br>Review file; Communicate with M. Minser re further action; Review email from administrator re receipt of stipulated payment no. 12; review email from employer re financing company; email M. Minser re same. | PAID I-3243 | 11/22/2024 | 0.5 | $300.00 | $150.00 | LM |
| ☐ Time<br>Review E-mail from L. Mendoza re review of default notice; finalize and issue same to employer via mail and e-mail; update file; analyze further handling; calendar response deadline; | PAID I-3243 | 11/21/2024 | 0.3 | $185.00 | $55.50 | AS |
| ☐ Time<br>Review email from employer in response to default notice. | PAID I-3243 | 11/21/2024 | 0.1 | $300.00 | $30.00 | LM |



EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local #3 Trust Funds vs Malloc's Moving

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review and revise default notice to employer; email A. Skwarnicki re same. | PAID I-3243 | 11/20/2024 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time<br>Review calendar re employer deadline to submit update on property sale; review E-mail from employer re same.; review E-mail from administrator re failure to submit stipulated payment; review Stipulation tracking chart and draft default notice; E-mail L. Mendoza re same; | PAID I-3243 | 11/19/2024 | 0.4 | $185.00 | $74.00 | AS |
| ☐ Time<br>Review email from administrator regarding employer's failure to pay stipulated payment. | PAID I-3243 | 11/19/2024 | 0.1 | $300.00 | $30.00 | LM |

EXHIBIT D

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 14 of 47

PracticePanther - OE3CL - Operating Engineers Local No. 3 / OE3's Motion for Attorneys' Fees and Costs / OE3's Motion

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time Review calendar re Stipulation deadlines; receive and review job list from employer; update file; update Stipulation tracking chart; analyze status of Stipulation compliance; research ISSI and bank records re status of October 2024 contributions and stipulated payment; update file; update stipulation tracking chart and recoveries chart; follow up with administrator re stipulated payment; review E-mail from L. Mendoza to employer re status of property sales and communications with Caterpillar re UCC Lien; review E-mails between L. Mendoza and M. Minser re same; calendar deadline to submit update on property sales; | PAID I-3243 | 11/18/2024 | 0.8 | $185.00 | $148.00 | AS |
| ☐ Time Review email from employer regarding job report; review email from employer re properties and request from Caterpillar finance; research properties; communications with M. Minser re same and further action. | PAID I-3243 | 11/18/2024 | 0.5 | $300.00 | $150.00 | LM |

# EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Funds v. IB C's Mendoza | Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 15 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Review email and attachments from Caterpillar financial re subrogation of UCC lien; E-mail to L. Mendoza re further action; Research listing status of properties allegedly listed to pay off amounts owed to Trust Funds; Review and revise email to Employer re same. | PAID I-3243 | 11/15/2024 | 0.4 | $325.00 | $130.00 | MPM |
| **Time** Review email from M. Minser re Caterpillar Financial Services Corp.'s request and no interest letter; review file including ISSI; draft email to employer regarding same and request for further information re same and sale of properties; email M. Minser re same; prepare attachments to provide to employer; review M. Minser's additions to correspondence to employer; finalize, send to employer; communications with M. Minser re foreclosure of employer's home. | PAID I-3243 | 11/15/2024 | 1 | $300.00 | $300.00 | LM |
| **Time** Review correspondence with employer regarding job report and outstanding reports; review emails with... | PAID I-3243 | 11/7/2024 | 0.2 | $300.00 | $60.00 | LM |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Funds vs DC's Marine    Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 16 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time**<br>Review calendar re deadline to cure default; review file re status of Stipulation compliance; | PAID I-3132 | 10/28/2024 | 0.1 | $185.00 | $18.50 | AS |
| **Time**<br>Receive and review contribution reports from employer; update file; review demand issued and analyze remaining delinquent reports; follow up with employer re same; forward June 2022 contribution report to administrator for processing; receive and review October 2022 contribution report from employer and review E-mail re status of account during remaining delinquent months; analyze further handling; further E-mails with employer re correct reports required; follow up with M. Minser and L. Mendoza re apprentice reporting requirements; make notes to file; | PAID I-3132 | 10/25/2024 | 0.7 | $185.00 | $129.50 | AS |
| **Time**<br>Review E-mail from administrator re no receipt of delinquent reports per demand issued; follow up with employer re same via E-mail; | PAID I-3132 | 10/23/2024 | 0.1 | $185.00 | $18.50 | AS |

EXHIBIT D

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** Receive and review job report from empoyer; update file; update Stipulation tracking chart; review calendar re deadline to submit delinquent contribution reports; research ISSI re status; follow up with administrator re same; | PAID I-3132 | 10/22/2024 | 0.3 | $185.00 | $55.50 | AS |
| **Time** Review E-mail from M. Minser re default notice; review file to confirm status of Stipulation compliance and draft default notice; E-mail M. Minser re review; finalize same for issuance; issue default notice via mail and e-mail; analyze further handling; calendar response deadline; | PAID I-3132 | 10/18/2024 | 0.6 | $185.00 | $111.00 | AS |
| **Time** Review and sign default notice. | PAID I-3132 | 10/18/2024 | 0.1 | $325.00 | $32.50 | MPM |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineer's Local 3 Credit Union vs MTS Document 31-5 ... Filed 02/24/25    Page 18 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review E-mail from administrator re receipt of Stipulated payment; update file; update recoveries chart; update Stipulation tracking chart; analyze status of Stipulation compliance; follow up with L. Mendoza re further handling of default for failure to submit job list; | PAID I-3132 | 10/17/2024 | 0.2 | $185.00 | $37.00 | AS |
| ☐ Time<br>Communicate with A. Skwarnicki re Employer default and need for default notice. | PAID I-3132 | 10/17/2024 | 0.1 | $325.00 | $32.50 | MPM |
| ☐ Time<br>Review email from administrator regarding stipulated payment number 11. | PAID I-3132 | 10/17/2024 | 0.1 | $300.00 | $30.00 | LM |

# EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local Union No. 3 (hrs) - OE3CL's Matters

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 19 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review calendar re Stipulation deadlines; review file re status of Stipulation compliance; research ISSI and bank records re status of stipulated payment and contributions; follow up with administrator re stipulated payment; update recoveries chart and Stipulation tracking chart to reflect September 2024 contributions; analyze further handling; review E-mails between employer and M. Minser re recent demand for delinquent reports and submission of same; | **PAID I-3132** | 10/16/2024 | 0.4 | $185.00 | $74.00 | **AS** |
| ☐ Time<br>Review E-mails from M. Minser and L. Mendoza re revisions to and finalization of demand for reports; finalize and issue same to employer via mail and e-mail; analyze further handling; calendar response deadline; make notes to file; | **PAID I-3132** | 10/10/2024 | 0.4 | $185.00 | $74.00 | **AS** |
| ☐ Time<br>Review e-mail from Employer re outstanding reports; Prepare blank report form; Send to Employer via e-mail. | **PAID I-3132** | 10/10/2024 | 0.3 | $325.00 | $97.50 | **MPM** |



EXHIBIT D

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 20 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **☐ Time**<br>Review emails with employer. | PAID I-3132 | 10/10/2024 | 0.1 | $300.00 | $30.00 | (LM) |
| **☐ Time**<br>Review and revise demand to employer in conjunction with review of ISSI and emails with administrator; email M. Minser and A. Skwarnicki re same; review M. Minser's revision to demand; email A. Skwarnicki re finalizing and issuing demand to employer. | PAID I-3132 | 10/9/2024 | 0.4 | $300.00 | $120.00 | (LM) |
| **☐ Time**<br>Further E-mails with administrator re delinquent reports; E-mails with L. Mendoza re further handling and demand for reports; review E-mails between L. Mendoza and M. Minser re status of property sales; review E-mail from L. Mendoza to employer re same and re payoff amount; research contracts on ISSI; draft demand for delinquent contribution reports; E-mail L. Mendoza re same; | PAID I-3132 | 10/8/2024 | 1 | $185.00 | $185.00 | (AS) |

# EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local No. 3 Trust Fund's Matters

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review previous correspondence with Employer re same of properties to pay off payment plan; Communicate with L. Mendoza re further action; Review amounts owed and Employer to Employer re payoff and additional information needed on property sales. | PAID I-3132 | 10/8/2024 | 0.5 | $325.00 | $162.50 | MPM |
| ☐ Time<br>Review emails with administrator re outstanding reports; emails with A. Skwarnicki and M. Minser re further action; research employer's properties; calculate amounts owed to date to update payoff amount as requested by employer; draft email to employer re real estate sales and summary of amounts owed; email M. Minser re same; finalize, send email to employer. | PAID I-3132 | 10/8/2024 | 1.6 | $300.00 | $480.00 | LM |
| ☐ Time<br>Review emails with administrator re delinquent reports. | PAID I-3132 | 10/7/2024 | 0.1 | $300.00 | $30.00 | LM |

EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local Union Trusts Money

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 22 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time Continue in-depth analysis of account status per ISSI, to confirm collection of all amounts owed under terms of Stipulation; follow up with administrator re unreported months reflected on ISSI; | PAID I-3132 | 10/6/2024 | 0.6 | $185.00 | $111.00 | AS |
| ☐ Time Begin to conduct in depth research on ISSI to confirm all amounts owed are accounted for in collection; update file; review Stipulation history; analyze further handling; | PAID I-3132 | 10/1/2024 | 0.8 | $185.00 | $148.00 | AS |
| ☐ Time Review E-mail from administrator re stipulated payment received; research ISSI re receipt date of August 2024 contributions; update file; update amortization chart and recoveries chart; review status of Stipulation compliance; | PAID I-2965 | 9/18/2024 | 0.3 | $185.00 | $55.50 | AS |
| ☐ Time Review email from administrator re receipt of stipulated payment no. 10. | PAID I-2965 | 9/18/2024 | 0.1 | $300.00 | $30.00 | LM |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local Union No. 3 Trust Funds' Motions

Case 3:22-cv-03537-TLT   Document 31-5   Filed 02/24/25   Page 23 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **□ Time** Review calendar re Stipulation deadlines; review stipulation tracking chart re status of Stipulation compliance; receive and review job report; update file; review E-mails between employer and L. Mendoza re payments submitted, status of property sales, and total amount owed; research ISSI and bank records re stipulated payment and August 2024 contributions; update file to reflect August 2024 contributions; follow up with administrator re stipulated payment; | PAID I-2965 | 9/16/2024 | 0.5 | $185.00 | $92.50 | AS |
| **□ Time** Review email from employer; review file; respond to employer; further emails with employer; Calculate amounts owed through 09/17/24 as requested by employer; begin drafting email to employer re amounts owed. | PAID I-2965 | 9/16/2024 | 1.3 | $300.00 | $390.00 | LM |
| **□ Time** Review emails with employer re 8/24 job report; review job report. | PAID I-2944 | 8/26/2024 | 0.1 | $300.00 | $30.00 | LM |

# EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 (OE3CL's Matters)

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| **Time** Receive and review job list submitted by employer; update file; update Stipulation tracking chart; | PAID I-2944 | 8/19/2024 | 0.1 | $185.00 | $18.50 | AS |
| **Time** Review calendar re Stipulation deadline; review post-judgment tracking chart re status of Stipulation compliance; E-mail employer re job list | PAID I-2944 | 8/16/2024 | 0.1 | $185.00 | $18.50 | AS |
| **Time** Receive and review E-mails from administrator re receipt of stipulated payment and July 2024 contributions; research ISSI re amounts due and paid; update recoveries chart; update post-judgment tracking chart; E-mails with L. Mendoza re same; review further E-mails between L. Mendoza and employer re status of property sales; | PAID I-2944 | 8/12/2024 | 0.4 | $185.00 | $74.00 | AS |
| **Time** Emails with administrator regarding employer's stipulated payment and July 2024 contributions; review ISSI; emails with A. Skwarnicki re and statement | PAID I-2944 | 8/12/2024 | 0.3 | $300.00 | $90.00 | LM |

EXHIBIT D

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 25 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review email from employer re status of listing properties. | PAID I-2693 | 7/31/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time<br>Research employer's properties to determine listing status; email to employer re same. | PAID I-2693 | 7/26/2024 | 0.4 | $300.00 | $120.00 | LM |
| ☐ Time<br>Receive and review job list from employer; update file; update stipulation tracking chart; | PAID I-2693 | 7/17/2024 | 0.1 | $185.00 | $18.50 | AS |
| ☐ Time<br>Review email from employer re 7/24 job report; review email from administrator re receipt of stipulated payment no. 8. | PAID I-2693 | 7/17/2024 | 0.1 | $300.00 | $30.00 | LM |

PracticePanther - OE3CL - Operating Engineers Local No. 3 Cement Masons' Joint Apprenticeship and Training Committee

# EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Fund's Motion

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review file re case history and current status, for updates to status report for upcoming Board meeting, and review status of Stipulation compliance; research ISSI re same; begin drafting default notice; E-mails with administrator re status of stipulated payment; update recoveries chart and stipulation tracking chart to reflect contributions and stipulated payment; follow up with L. Mendoza re default notice for job list; | PAID I-2693 | 7/16/2024 | 1 | $185.00 | $185.00 | AS |
| ☐ Time<br>Review emails with administrator; communications with A. Skwarnicki re further action in light of employer's failure to submit job reports; review ISSI. | PAID I-2693 | 7/16/2024 | 0.2 | $300.00 | $60.00 | LM |



EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local Union No. 3's MONE

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review multiple E-mails between L. Mendoza and employer re property listings, plans for payment, and amounts owed; review accounting of same; review Emails between L. Mendoza and M. Minser re same; update file to include listing documentation; | PAID I-2693 | 7/15/2024 | 0.2 | $185.00 | $37.00 | AS |
| ☐ Time<br>Email to employer. | PAID I-2693 | 7/15/2024 | 0.4 | $300.00 | $120.00 | LM |
| ☐ Time<br>Review calculation of amounts due on payment plan, amounts paid, and payoff; Review and approve e-mail to Employer re payoff. | PAID I-2693 | 7/12/2024 | 0.3 | $325.00 | $97.50 | MPM |
| ☐ Time<br>Review email from employer requesting summary of amounts due/payoff amount; prepare summary of amounts due in conjunction with review of file including ISSI, post amortization chart, and pleadings to summarize same; run attorneys' fees and costs reports; draft email to employer; email M. Minser re same; | PAID I-2693 | 7/10/2024 | 1.2 | $300.00 | $360.00 | LM |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local No. 3 Credit Union, LLC's Motion

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review e-mails re Employer's agreement to sell properties to satisfy remaining judgment amount. | PAID I-2693 | 7/9/2024 | 0.1 | $325.00 | $32.50 | MPM |
| ☐ Time<br>Multiple emails with employer in conjunction with research of properties alleged to be listed for sale; review listing agreements re 10 Spruce St property. | PAID I-2693 | 7/9/2024 | 0.7 | $300.00 | $210.00 | LM |
| ☐ Time<br>Review calendar re deadline to cure default; review stipulation tracking chart to confirm compliance; | PAID I-2570 | 6/28/2024 | 0.1 | $185.00 | $18.50 | AS |
| ☐ Time<br>Receive and review May 2024 contribution reports and copy of stipulated payment issued; review E-mail from administrator confirming receipt of stipulated payment; update file; review E-mails between L. Mendoza and employer re status of property listings/sales; research ISSI re receipt of May 2024 contribution payment; update file; update amortization chart; update date entries that | PAID I-2570 | 6/26/2024 | 0.6 | $185.00 | $111.00 | AS |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Funds) TLTc's Motione

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 29 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Communicate with L. Mendoza re Employer's default and failure to list properties as promised; Review e-mails with Employer re same. | PAID I-2570 | 6/25/2024 | 0.2 | $325.00 | $65.00 | MPM |
| ☐ Time<br>Review file, review emails with employer; research employer's properties; email to employer re default in light of failure to provide update on sale of homes and listing agreements; communications with M. Minser re same; review emails from employer; respond to same; review email from administrator re receipt of stipulated payment no. 7; respond to same. | PAID I-2570 | 6/25/2024 | 0.8 | $300.00 | $240.00 | LM |
| ☐ Time<br>Review E-mail from L. Mendoza re review of default notice; finalize and issue same to employer; analyze further handling; calendar response deadline; | PAID I-2570 | 6/21/2024 | 0.6 | $185.00 | $111.00 | AS |
| ☐ Time<br>Review emails from employer with proof of payment for stipulated payment and 5/24<br>continued... | PAID I-2570 | 6/21/2024 | 0.1 | $300.00 | $30.00 | LM |

EXHIBIT D

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review E-mail from employer re submission of Stipulation compliance documents; review E-mail from L. Mendoza re further handling of default; research bank records and ISSI re status of payment; draft default notice; E-mail L. Mendoza re same; follow up with employer re status of property sale; | PAID I-2570 | 6/20/2024 | 0.7 | $185.00 | $129.50 | AS |
| ☐ Time<br>Review file, review and revise default notice; email A. Skwarnicki re same. | PAID I-2570 | 6/20/2024 | 0.4 | $300.00 | $120.00 | LM |
| ☐ Time<br>Receive and review job list from employer; update file and update stipulation tracking chart; determine current default and follow up with employer re payments issued; follow up with L. Mendoza re further handling; | PAID I-2570 | 6/18/2024 | 0.2 | $185.00 | $37.00 | AS |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local Union No. 3 Trustees of the Trust Funds c's Motion | Case 3:22-cv-03537-TLT   Document 31-5   Filed 02/24/25   Page 31 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time  Review email from employer re 6/24 job report; communications with A. Skwarnicki re default notice and further action; reseach principal's home to determine whether listed for sale as discussed with employer. | PAID I-2570 | 6/18/2024 | 0.3 | $300.00 | $90.00 | LM |
| ☐ Time  Review and revise e-mail to Employer re Trustees' decision on Employer's offer to continue with lower stipulated payment amount and sell two properties to pay off judgment. | PAID I-2412 | 5/29/2024 | 0.2 | $325.00 | $65.00 | MPM |
| ☐ Time  Research employer's residences and ownership of same; save research to file; draft email to employer regarding Board of Trustees decision to allow ongoing stipulated payments in the amount of $10,000 and request for listing agreements; email M. Minser re same; finalize, send email to employer. | PAID I-2412 | 5/29/2024 | 0.9 | $300.00 | $270.00 | LM |



# EXHIBIT D

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time** Review multiple E-mails between L. Mendoza and employer and from administrator re Stipulation compliance and status of property sale; receive compliance documents and update file; review status report recoveries and stipulation tracking chart; E-mail L. Mendoza re updates to same; | PAID i-2412 | 5/28/2024 | 0.3 | $185.00 | $55.50 | AS |
| **Time** Add matter to judgment tracking chart; update calendar to reflect case reassignment; calendar post-judgment deadlines; | PAID i-2412 | 5/24/2024 | 0.4 | $185.00 | $74.00 | AS |
| **Time** Review e-mail from Trust Fund Administrator regarding status of stipulated payment no. 6. Research ISSI regarding status of 4/24 contributions. Receive 4/24 job report. Update amortization and recoveries charts. Receive, review and save Abstract of Judgments, recorded in Shasta and Humboldt County. | PAID i-2412 | 5/22/2024 | 0.5 | $185.00 | $92.50 | AW |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers' Local 3's Matters/OE3 Trust Collection Matters 5's Matter

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review email from administrator re receipt of sixth stipulated payment; email to A. Skwarnicki re further action re amortization and recoveries chart. | PAID I-2412 | 5/21/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time<br>Review emails re further action as to abstract of judgment. | PAID I-2412 | 5/20/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time<br>Emails with employer re job report. | PAID I-2412 | 5/16/2024 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time<br>Review file; email to employer regarding outstanding items owed; communications with M. Minser re same. | PAID I-2412 | 5/15/2024 | 0.4 | $300.00 | $120.00 | LM |
| ☐ Time<br>Review latest status report and stipulation tracking chart re current status; analyze further handling; update file to reflect same; | PAID I-2412 | 5/8/2024 | 0.3 | $185.00 | $55.50 | AS |

# EXHIBIT D

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time Review emails from employer; respond to same; communications with M. Minser re same; review voicemail from S. Brown; review ISSI; review amended stipulation; communications with M. Minser regarding same; review email from administrator regarding stipulated payment number 5; respond to same. | PAID I-2276 | 4/30/2024 | 1.1 | $300.00 | $330.00 |  LM |
| ☐ Time Call with S. Brown re Employer delinquency; Communicate with L. Mendoza re same. | PAID I-2276 | 4/30/2024 | 0.2 | $325.00 | $65.00 | MPM |
| ☐ Time Review proposal received from Employer re inability to make increased payment plan payments. | PAID I-2276 | 4/26/2024 | 0.1 | $325.00 | $32.50 | MPM |
| ☐ Time Review emails from employer; respond to same; communications with M. Minser re same. | PAID I-2276 | 4/24/2024 | 0.3 | $300.00 | $90.00 | LM |



EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Credit Union [OE3CL's Matters] [OE3CL's Matters]    Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 35 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time | | ☐ | | | | ☐ |
| Review demand to Employer re default and updated amortized amount due based on terms of stipulation; Review calculations for same; Communicate with L. Mendoza re same; Revise demand. | PAID I-2276 | 4/19/2024 | 0.4 | $325.00 | $130.00 | MPM |
| ☐ Time | | ☐ | | | | ☐ |
| Finalize and issue demand letter via e-mail and US Mail. | PAID I-2276 | 4/19/2024 | 0.3 | $185.00 | $55.50 | JC |
| ☐ Time | | ☐ | | | | ☐ |
| Review M. Minser's comments to letter to employer; communications with M. Minser regarding changes needed to amortization chart; update same; communications with A. Wood and M. Minser re same; revisions to demand letter; communications with A. Wood re finalizing and issuing letter; communications with J. Colbert re finalizing and issuing letter. | PAID I-2276 | 4/19/2024 | 1.1 | $300.00 | $330.00 | LM |

# EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local 3 Cement Masons - M. Minser

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Calculate amounts owed by Employer post judgment to include additional liquidated damages, interest, attorneys' fees and cost; prepare summary for same for use in demand to employer; Draft letter to employer regarding summary of amounts owed, new monthly stipulation payments required, summary of default, and demand to report and pay same; email to M. Minser re same. | PAID I-2276 | 4/16/2024 | 1.9 | $300.00 | $570.00 | LM |
| ☐ Time<br>Communicate with L. Mendoza re status of Employer's stipulated payments and payment amount after re-amortization. | PAID I-2276 | 4/15/2024 | 0.2 | $325.00 | $65.00 | MPM |
| ☐ Time<br>Review email from employer regarding fourth stipulated payment; review file, review ISSI; email to administrator; communication with M. Minser regarding further action. | PAID I-2276 | 4/15/2024 | 0.6 | $300.00 | $180.00 | LM |
| ☐ Time<br>Email to employer regarding fourth stipulated payment; reminder based on Stip. | PAID I-2126 | 3/28/2024 | 0.1 | $300.00 | $30.00 | LM |


EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Fund — Jacob's Manual

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time — Review email response from employer regarding status of fourth stipulated payment. | PAID I-2126 | 3/19/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time — Review file, email to employer regarding fourth stipulated payment. | PAID I-2126 | 3/18/2024 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time — Email to employer; review response from same regarding job reports. | PAID I-1975 | 2/27/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time — Finalize, send email to administrator; further emails with administrator regarding audit report included in stipulation. | PAID I-1975 | 2/22/2024 | 0.2 | $300.00 | $60.00 | LM |

# EXHIBIT D

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review email from administrator regarding stipulated payment; draft response to same regarding amended stipulation and application of payments to date; email M. Minser re same; draft email to employer regarding receipt of stipulated payments and outstanding job reports; emails with M. Minser re same; email to A. Wood regarding job reports. | PAID I-1975 | 2/21/2024 | 0.6 | $300.00 | $180.00 |  LM |
| ☐ Time<br>Finalize and issue correspondence regarding executed payment plan and default of same to Employer via U.S. Post Office, Calendar response deadline. | PAID I-1975 | 2/6/2024 | 0.3 | $185.00 | $55.50 |  AW |
| ☐ Time<br>Review M. Minser's additions to letter to employer; update same; email to A. Wood re finalizing and issuing same. | PAID I-1975 | 2/6/2024 | 0.2 | $300.00 | $60.00 | LM |
| ☐ Time<br>Review emails with administrator re receipt of stipulated payment. | PAID I-1975 | 2/5/2024 | 0.1 | $300.00 | $30.00 | LM |



EXHIBIT D

Case 3:22-cv-03537-TLT   Document 31-5   Filed 02/24/25   Page 39 of 47

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Funds (OE3CL's Matters)

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time Review proof of receipt of stipulated payment; Review ISSI; Review and revise default notice to Employer. | PAID I-1975 | 2/5/2024 | 0.2 | $325.00 | $65.00 | MPM |
| ☐ Time Review and revise letter to employer re executed payment plan and defaults in conjunction with review of ISSI and file to assess all delinquencies and ensure all are included in demand; email to M. Minser and A. Wood re same. | PAID I-1975 | 2/1/2024 | 0.8 | $300.00 | $240.00 | LM |
| ☐ Time Draft correspondence regarding executed payment plan and default regarding same. | PAID I-1830 | 1/31/2024 | 0.5 | $185.00 | $92.50 | AW |
| ☐ Time Review email from employer regarding first stipulated payment; review file to assess delinquencies; email to A. Wood regarding further action in light of delinquencies. | PAID I-1830 | 1/30/2024 | 0.4 | $300.00 | $120.00 | LM |

EXHIBIT D



PracticePanther - OE3CL - Operating Engine Case 3:22-cv-03537-TLT ts's Moveue Document 31-5    Filed 02/24/25    Page 40 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review file, review ISSr, email to employer regarding status of payment. | PAID I-1830 | 1/26/2024 | 0.3 | $300.00 | $90.00 | LM |
| ☐ Time<br>Review email from employer regarding late stipulated payment; email to M. Minser and A. Wood regarding same. | PAID I-1830 | 1/19/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time<br>Review email from administrator regarding receipt of stipulated payment no. 9. | PAID I-1830 | 1/16/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time<br>Review order from judge granting amended judgment pursuant to stipulation. | PAID I-1830 | 1/3/2024 | 0.1 | $300.00 | $30.00 | LM |
| ☐ Time<br>Prepare amortization chart based on amended judgment. Communicate with L. Mendoza regarding same. | PAID I-1683 | 12/28/2023 | 0.4 | $175.00 | $70.00 | AW |

# EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Trust Funds v. OE3C's M Wong

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 41 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review email from employer regarding forthcoming payment; respond to same regarding payment and upcoming stipulated payment due; review response from same; communications with A. Wood regarding post judgment amortization chart needed in light of amended judgment, review amortization chart, and further communications re 11/23 job report. | PAID I-1683 | 12/28/2023 | 0.6 | $285.00 | $171.00 | LM |
| ☐ Time<br>Finalize and e-file proposed amended judgment. Issue same to proposed order unit. | PAID I-1683 | 12/26/2023 | 0.3 | $175.00 | $52.50 | AW |
| ☐ Time<br>Review email from employer regarding stipulated judgment; respond to same re stipulated payment; email to S. Brown regarding same; communications with M. Minser re same; email to A. Wood regarding filing stipulation with court. | PAID I-1683 | 12/22/2023 | 0.5 | $285.00 | $142.50 | LM |



EXHIBIT D

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review file, prepare correspondence to employer regarding outstanding stipulated payment and amended stipulation; communications with M. Minser regarding same. | PAID I-1683 | 12/21/2023 | 0.5 | $285.00 | $142.50 | LM |
| ☐ Time<br>Review emails with MPSA regarding handling of audit. | PAID I-1683 | 12/8/2023 | 0.1 | $285.00 | $28.50 | LM |
| ☐ Time<br>Review and revise amortization chart; Review and revise amended stipulated judgment to include additional amounts due. | PAID I-1683 | 12/6/2023 | 0.8 | $305.00 | $244.00 | MPM |
| ☐ Time<br>Communications with M. Minser regarding changes to amortization chart to determine amounts owed post judgment and include same in amended stipulation; further draft revised judgment pursuant to stipulation; email to M. Minser re same; finalize stipulation; prepare email to employer regarding amended stipulation. | PAID I-1683 | 12/6/2023 | 1.6 | $285.00 | $456.00 | LM |

# EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local Union No. 3 - Attorneys' fees Case 3:22-cv-03537-TLT   Document 31-5   Filed 02/24/25   Page 43 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|------|------|------|-------|-----------|
| ☐ Time<br>Review email from S. Brown; email to employer regarding amended payment plan; review response from same; draft revised payment plan in conjunction with calculating amounts owed to date, run attorneys' fees and costs reports. | PAID I-1683 | 12/4/2023 | 2.9 | $285.00 | $826.50 | LM |
| ☐ Time<br>Communicate with L. Mendoza re revised payment plan for Employer to include audit amounts and client approval for same. | PAID I-1683 | 12/1/2023 | 0.1 | $305.00 | $30.50 | MPM |
| ☐ Time<br>Draft email to S. Brown regarding case status, request for amended payment plan in light of audit, and further handling recommendation in conjunction with review of file; email to M. Minser regarding same; finalize, send email to S. Brown. | PAID I-1683 | 12/1/2023 | 0.9 | $285.00 | $256.50 | LM |



EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local No 3's Motion for Attorney's Fees and Costs

Case 3:22-cv-03537-TLT    Document 31-5    Filed 02/24/25    Page 44 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ⬜ Time Review email from employer in response to demand regarding request to amend payment plan; communications with M. Minser regarding further action re amended payment plan; review email from employer regarding 11/23 job report. | PAID I-1538 | 11/30/2023 | 0.4 | $285.00 | $114.00 | LM |
| ⬜ Time Review audit report; Review and revise billing letter to Employer re audit. | PAID I-1538 | 11/29/2023 | 0.2 | $305.00 | $61.00 | MPM |
| ⬜ Time Finalize and issue demand to Employer via e-mail and U.S. Post Office. Calendar response deadline. Receive and review e-mail in response to same, requesting amended to judgment. | PAID I-1538 | 11/29/2023 | 0.4 | $175.00 | $70.00 | AW |

# EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local 3 Attorney's Fees v. Brisbane Mione

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ☐ Time<br>Review and revise demand to employer regarding audit payment; email to M. Minser and A. Wood regarding same; review M. Minser's additions to same; further revisions to demand; email to A. Wood regarding finalizing and issuing demand to employer. | PAID I-1538 | 11/29/2023 | 0.6 | $285.00 | $171.00 |  LM |
| ☐ Time<br>Draft audit demand letter, along with inclusion of special language relative to current Stipulation. Review of same. Calculate additional interest. | PAID I-1538 | 11/28/2023 | 0.8 | $175.00 | $140.00 | AW |
| ☐ Time<br>Review final audit report from auditor; emails with A. Wood re further action. | PAID I-1538 | 11/21/2023 | 0.3 | $285.00 | $85.50 | LM |
| ☐ Time<br>Review email from employer regarding contribution reports in conjunction with review of reports and review of ISSI; respond to same re job reports; review email from administrator regarding receipt of stipulation payment #8. | PAID I-1538 | 11/17/2023 | 0.4 | $285.00 | $114.00 | LM |

EXHIBIT D

PracticePanther - OE3CL - Operating Engineers Local 3 Cash Balance Trust{s} v. DC's Marble... Case 3:22-cv-03537-TLT   Document 31-5   Filed 02/24/25   Page 46 of 47

| ITEM | STATUS | DATE | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| **Time**<br>Review and respond to e-mail from Trust Fund Administrator regarding receipt of stipulated payment via ACH. Research ISSI regarding status of contributions. Update amortization and recoveries chart regarding payments received to date. | PAID I-1538 | 11/16/2023 | 0.4 | $175.00 | $70.00 | AW |
| **Time**<br>E-mails with S. Brown re status of payment plan. | PAID I-1538 | 11/15/2023 | 0.1 | $305.00 | $30.50 | MPM |
| | | | 64.80 | | $17,074.00 USD | |

Page 46 of 46

EXHIBIT D



PracticePanther - OE3CL - Operating Engineers Local 3 Trust Fund's Motion for Attorney's Fees and Costs

| EXPENSE | STATUS | DATE | PRICE | TOTAL | QTY | BILLED BY |
|---|---|---|---|---|---|---|
| **Uncategorized** Lexis - Legal research. | BILLED I-2412 | 5/29/2024 | $57.19 | $57.19 | 1 | BJ |
| **Uncategorized** E-filing of Abstract of Judgment, Shasta County Recorder, Redding, CA. | BILLED I-2412 | 5/20/2024 | $140.90 | $140.90 | 1 | BJ |
| **Uncategorized** E-filing of Abstract of Judgment, Humboldt County Recorder, Eureka, CA. | BILLED I-2412 | 5/20/2024 | $200.30 | $200.30 | 1 | BJ |

$398.39 USD

# EXHIBIT D

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Matthew P. Minser, Esq. (SBN 296344); Luz E. Mendoza (SBN 303387) | | |
| FIRM NAME: SALTZMAN & JOHNSON LAW CORPORATION | | |
| STREET ADDRESS: 5100-B1 Clayton Road, Ste 373 | | |
| CITY: Concord    STATE: CA    ZIP CODE: 94521 | | |
| TELEPHONE NO.: (510) 906-4710    FAX NO.: | | |
| EMAIL ADDRESS: mminser@sjlawcorp.com/lmendoza@sjlawcorp.com | | |
| ATTORNEY FOR (name): Plaintiffs | | |

[X] ATTORNEY FOR  [ ] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**USDC Northern District of California**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Courthouse

| PLAINTIFF/PETITIONER: Operating Engineers Health & Welfare Trust Fund for N. CA, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Doc's Mobile Service, et al. | 4:22-cv-03537 TLT |

| | | |
|---|---|---|
| **WRIT OF** | [X] **EXECUTION** (Money Judgment) | [ ] **Limited Civil Case** (including Small Claims) |
| | [ ] **POSSESSION OF** [ ] **Personal Property** | |
| | [ ] **SALE** [ ] **Real Property** | [X] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** USDC, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Operating Engineers Health and Welfare Trust Fund for Northern California, et al.
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Doc's Mobile Service
   65 Spruce Street
   Eureka, CA 95503

   [X] Additional judgment debtors on next page

5. **Judgment entered** on (date): 01/23/24
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.

—— **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 431,940.79 |
| 12. Costs after judgment (CCP 685.090) | $ | 47,768.19 |
| 13. Subtotal (add 11 and 12) | $ | 479,708.98 |
| 14. Credits to principal (after credit to interest) | $ | 105,478.64 |
| 15. Principal remaining due (subtract 14 from 13) | $ | 374,230.34 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 374,230.34 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . .  $ 102.53
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . .  $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: _____    Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov


EXHIBIT E

**EJ-130**

| | CASE NUMBER: |
|---|---|
| Plaintiff/Petitioner: Operating Engineers Health & Welfare Trust Fund for N. CA, et al. | 4:22-cv-03537 TLT |
| Defendant/Respondent: Doc's Mobile Service, et al. | |

21. [x] Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

Todd Johnson
65 Spruce Street
Eureka, CA 95503

22. The judgment is for *(check one):*

a. [ ] wages owed.
b. [ ] child support or spousal support.
c. [ ] other.

23. [ ] Notice of sale has been requested by *(name and address):*

24. [ ] Joint debtor was declared bound by the judgment (CCP 989-994)
a. *on (date):*                                    a. *on (date):*
b. name, type of legal entity if not a natural person, and     b. name, type of legal entity if not a natural person, and
last known address of joint debtor:                  last known address of joint debtor:

c. [ ] Additional costs against certain joint debtors are itemized: [ ] below [ ] on Attachment 24c.

25. [ ] (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

a. [ ] Possession of real property: The complaint was filed on *(date):*
*(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

(1) [ ] The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

(2) [ ] The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

(3) [ ] The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
415.46 and 1174.3(a)(2).)*

(4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

(a) The daily rental value on the date the complaint was filed was $

(b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

# EXHIBIT E

*Item 25 continued on next page*

EJ-130 [Rev. September 1, 2020]                  **WRIT OF EXECUTION**                  Page 2 of 3

**EJ-130**

| Plaintiff/Petitioner: Operating Engineers Health & Welfare Trust Fund for N. CA, et al. | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Doc's Mobile Service, et al. | 4:22-cv-03537 TLT |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EXHIBIT E

**WRIT OF EXECUTION**    Page 3 of 3

EJ-130 [Rev. September 1, 2020]