

RECEIVED
AUG 20 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Todd Johnson
19165 Severo...

-R-T-S-  9602251213-1N   000  07/17/25
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RTS

730 Golden gate Ave
SF, CA 94102

**EJ-150**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and address): | |
|---|---|
| After recording, return to:<br>Matthew P. Minser (SBN 296344) ; Luz E. Mendoza (SBN 303387)<br>Saltzman & Johnson Law Corporation<br>5100-B1 Clayton Road, Suite 373<br>Concord, CA 94521<br>TEL NO.: (510)906-4710     FAX NO. (optional):<br>EMAIL ADDRESS (optional): mminser@sjlawcorp.com; lmendoza@sjlawcorp.com | |
| [X] ATTORNEY FOR   [X] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ USDC, NORTHERN DISTRICT OF CA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

RECEIVED 6-17-25 USMS

FOR RECORDER'S USE ONLY

PLAINTIFF/PETITIONER: Operating Engineers' Health & Welfare Trust Fund, et al.
DEFENDANT/RESPONDENT: Doc's Mobile Service, et al.

LEVYING OFFICER (name and address):
United States Marshals Service
450 Golden Gate Avenue
San Francisco, CA 94102

**NOTICE OF LEVY**

under Writ of  [X] Execution (Money Judgment)
              [ ] Sale

LEVYING OFFICER FILE NO.:

COURT CASE NO.:
3:22-cv-03537-TLT

TO THE PERSON NOTIFIED (name): Todd Johnson

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor (name): Doc's Mobile Service; Todd Johnson
   b. The property to be levied upon is described:
      [ ] in the accompanying writ of possession or writ of sale.     NOTE: A registered process server is authorized to serve this levy.
      [X] as follows:
   Any and all amounts due or to become due from Randy Hill Construction, Inc. to Judgment Debtors Doc's Mobile Service and/or Todd Johnson, including but not limited to progress payments and all other payments or retention monies, until the amount shown in Paragraph 3e, plus daily interest as shown in Paragraph 3f below, from 2/25/25, is satisfied.
2. The judgment is for (check one):
   [ ] wages owed.      [ ] child/spousal support.      [X] other.  (fringe benefit contributions)
3. The amount necessary to satisfy the judgment creditor's judgment writ is
   a. Total amount due (less partial satisfactions) from line 18 of writ (form EJ-130) ........ $ 336,565.02
   b. Levy fee ............................................................... $ 65.00
   c. Sheriff's disbursement fee ................................................ $ 0.00
   d. Recoverable costs ....................................................... $ 0.00
   e. Total (a through d) ...................................................... $ 336,630.02
   f. Daily interest from line 19a of writ (form EJ-130) ........................... $ 102.53
4. You are notified as:
   a. [X] a judgment debtor.
   b. [ ] a person other than the judgment debtor (state capacity in which person is notified):

(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)

Notice of Levy was
[X] mailed on (date): 6/05/25         [ ] posted on (date):
[ ] delivered on (date):               [ ] filed on (date):
                                       [ ] recorded on (date):
Date: 6/05/25

Sean M Raymond
(TYPE OR PRINT NAME)

▶ (SIGNATURE)
[ ] Levying officer   [X] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. September 1, 2020]

**NOTICE OF LEVY**
(Enforcement of Judgment)

Code of Civil Procedure, § 699.540
www.courts.ca.gov

| | | EJ-150 |
|---|---|---|
| SHORT TITLE: Operating Engineers' Health & Welfare Trust Fund, et al. v. Doc's Mobile Service, et al. | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 3:22-cv-03537-TLT |

## –INFORMATION FOR JUDGMENT DEBTOR–

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. There are automatic exemptions that financial institutions should apply to a deposit account before providing funds to the levying officer. See below for more information.

3. You may claim any available exemption for your property. A list of exemptions can be found on form EJ-155. **If you wish to claim an exemption for personal property, you must do so within 15 days after this notice was delivered to you or 20 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. The date of filing is calculated as the date the claim is received by the levying officer, or the date of the postmark if the claim is mailed and assigned a tracking number by the U.S. Postal Service or another common carrier. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

4. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

5. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

6. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

7. All sales at an execution sale are final; there is no right of redemption.

## – INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR –
*Make checks payable to "Operating Engineers Trust Funds" c/o US Marshal Service, PO Box 36056, San Francisco, CA 94102*

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. If you are a financial institution, you are required to apply applicable exemptions to deposit accounts. See below.

3. You must complete the accompanying Memorandum of Garnishee within 10 days.

4. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property under sections 720.010–720.800 of the Code of Civil Procedure.

5. **Make checks payable to the levying officer shown on page 1.**

## – INFORMATION ABOUT DEPOSIT ACCOUNTS –

1. If the levy is *not* to satisfy a judgment for wages owed, child or spousal support, or liability to the state government, financial institutions must automatically exempt money in a deposit account up to a certain dollar amount, under section 704.220 of the Code of Civil Procedure, with no claim of exemption required. See form EJ-156 for the exemption amount.

2. Other automatic exemptions may apply to deposit accounts, such as exemptions for directly deposited social security or public benefits under section 704.080. (See form EJ-156 for the exemption amounts.) Generally, the financial institution should apply the larger set of exemptions that apply to an account. See section 704.220(b).

3. If a judgment debtor has multiple accounts in one or more financial institutions, either the judgment creditor or judgment debtor may file an application in the superior court identified on the front of this form for an order as to which account the exemption should apply. (See section 704.220(e).) To get such an order, file an *Ex Parte Application for Order on Deposit Account Exemption* (form EJ-157) as soon as possible. (See EJ-157-INFO for instructions.) If the judgment debtor has more than one account in a financial institution, that institution may decide how and to which account to apply the exemption, unless it is served with a court order directing how to apply the exemption.

EJ-150 [Rev. September 1, 2020]     **NOTICE OF LEVY**     Page 2 of 2
(Enforcement of Judgment)

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]   [Save this form]    [Clear this form]

|  |  |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(name and address):*<br>After recording, return to:<br>Matthew P. Minser (SBN 296344) ; Luz E. Mendoza (SBN 303387)<br>Saltzman & Johnson Law Corporation<br>5100-B1 Clayton Road, Suite 373<br>Concord, CA 94521<br>TEL NO.: (510)906-4710   FAX NO. *(optional):*<br>EMAIL ADDRESS *(optional):* mminser@sjlawcorp.com; lmendoza@sjlawcorp.com<br>[X] ATTORNEY FOR   [X] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | **EJ-150** |

USDC, NORTHERN DISTRICT OF CA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

G-17-25
USMS

FOR RECORDER'S USE ONLY

PLAINTIFF/PETITIONER: Operating Engineers' Health & Welfare Trust Fund, et al.
DEFENDANT/RESPONDENT: Doc's Mobile Service, et al.

LEVYING OFFICER *(name and address):*
United States Marshals Service
450 Golden Gate Avenue
San Francisco, CA 94102

**NOTICE OF LEVY**

under Writ of   [X] **Execution (Money Judgment)**
               [ ] **Sale**

LEVYING OFFICER FILE NO.:

COURT CASE NO.:
3:22-cv-03537-TLT

TO THE PERSON NOTIFIED *(name):* Randy Hill Construction, Inc.
1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor (name): Doc's Mobile Service; Todd Johnson
   b. The property to be levied upon is described:
      [ ] in the accompanying writ of possession or writ of sale.   NOTE: A registered process server is authorized to serve this levy.
      [X] as follows:
   *Any and all amounts due or to become due from Randy Hill Construction, Inc. to Judgment Debtors Doc's Mobile Service and/or Todd Johnson, including but not limited to progress payments and all other payments or retention monies, until the amount shown in Paragraph 3e, plus daily interest as shown in Paragraph 3f below, from 2/25/25, is satisfied.*
2. The judgment is for *(check one):*
      [ ] wages owed.   [ ] child/spousal support.   [X] other. (fringe benefit contributions)
3. The amount necessary to satisfy the judgment creditor's judgment writ is
   a. Total amount due (less partial satisfactions) from line 18 of writ (form EJ-130) ........... $ 336,565.02
   b. Levy fee ................................................................................... $ 65.00
   c. Sheriff's disbursement fee .................................................................. $ 0.00
   d. Recoverable costs .......................................................................... $ 0.00
   e. Total *(a through d)* ...................................................................... $ 336,630.02
   f. Daily interest from line 19a of writ (form EJ-130) ........................................ $ 102.53
4. You are notified as:
   a. [ ] a judgment debtor.
   b. [X] a person other than the judgment debtor *(state capacity in which person is notified):* Levy target (General Contractor)

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
[ ] mailed on *(date):*
[ ] delivered on *(date):*

[ ] posted on *(date):*
[ ] filed on *(date):*
[ ] recorded on *(date):*

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)
[ ] Levying officer   [ ] Registered process server

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. September 1, 2020]

**NOTICE OF LEVY**
(Enforcement of Judgment)

Page 1 of 2
Code of Civil Procedure, § 699.540
www.courts.ca.gov

| | | EJ-150 |
|---|---|---|
| SHORT TITLE: Operating Engineers' Health & Welfare Trust Fund, et al. v. Doc's Mobile Service, et al. | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 3:22-cv-03537-TLT |

## —INFORMATION FOR JUDGMENT DEBTOR—

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. There are automatic exemptions that financial institutions should apply to a deposit account before providing funds to the levying officer. See below for more information.

3. You may claim any available exemption for your property. A list of exemptions can be found on form EJ-155. **If you wish to claim an exemption for personal property, you must do so within 15 days after this notice was delivered to you or 20 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. The date of filing is calculated as the date the claim is received by the levying officer, or the date of the postmark if the claim is mailed and assigned a tracking number by the U.S. Postal Service or another common carrier. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

4. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

5. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

6. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

7. All sales at an execution sale are final; there is no right of redemption.

## — INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR —
Make checks payable to "Operating Engineers Trust Funds" c/o US Marshal Service, PO Box 36056, San Francisco, CA 94102

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. If you are a financial institution, you are required to apply applicable exemptions to deposit accounts. See below.

3. You must complete the accompanying Memorandum of Garnishee within 10 days.

4. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property under sections 720.010–720.800 of the Code of Civil Procedure.

5. **Make checks payable to the levying officer shown on page 1.**

## — INFORMATION ABOUT DEPOSIT ACCOUNTS —

1. If the levy is *not* to satisfy a judgment for wages owed, child or spousal support, or liability to the state government, financial institutions must automatically exempt money in a deposit account up to a certain dollar amount, under section 704.220 of the Code of Civil Procedure, with no claim of exemption required. See form EJ-156 for the exemption amount.

2. Other automatic exemptions may apply to deposit accounts, such as exemptions for directly deposited social security or public benefits under section 704.080. (See form EJ-156 for the exemption amounts.) Generally, the financial institution should apply the larger set of exemptions that apply to an account. See section 704.220(b).

3. If a judgment debtor has multiple accounts in one or more financial institutions, either the judgment creditor or judgment debtor may file an application in the superior court identified on the front of this form for an order as to which account the exemption should apply. (See section 704.220(e).) To get such an order, file an *Ex Parte Application for Order on Deposit Account Exemption* (form EJ-157) as soon as possible. (See EJ-157-INFO for instructions.) If the judgment debtor has more than one account in a financial institution, that institution may decide how and to which account to apply the exemption, unless it is served with a court order directing how to apply the exemption.

| EJ-150 [Rev. September 1, 2020] | **NOTICE OF LEVY**<br>(Enforcement of Judgment) | Page 2 of 2 |
|---|---|---|

For your protection and privacy, please press the Clear This Form button after you have printed the form.   | Print this form | Save this form |   | Clear this form |

Case 3:22-cv-03537-TLT    Document 32    Filed 02/25/25    Page 1 of 3

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: Matthew P. Minser, Esq. (SBN 296344); Luz E. Mendoza (SBN 303387)<br>FIRM NAME: SALTZMAN & JOHNSON LAW CORPORATION<br>STREET ADDRESS: 5100-B1 Clayton Road, Ste 373<br>CITY: Concord    STATE: CA    ZIP CODE: 94521<br>TELEPHONE NO.: (510) 906-4710    FAX NO.:<br>EMAIL ADDRESS: mminser@sjlawcorp.com/lmendoza@sjlawcorp.com<br>ATTORNEY FOR (name): Plaintiffs<br>[X] ATTORNEY FOR   [ ] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

USDC Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Courthouse

[stamp: 6-17-25 USMS]

PLAINTIFF/PETITIONER: Operating Engineers Health & Welfare Trust Fund for N. CA, et al.
DEFENDANT/RESPONDENT: Doc's Mobile Service, et al.

CASE NUMBER: 4:22-cv-03537 TLT

WRIT OF
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF   [ ] Personal Property   [ ] Real Property
[ ] SALE

[ ] Limited Civil Case (including Small Claims)
[X] Unlimited Civil Case (including Family and Probate)

1. To the Sheriff or Marshal of the County of: USDC, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Operating Engineers Health and Welfare Trust Fund for Northern California, et al.
   is the [X] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   Doc's Mobile Service
   65 Spruce Street
   Eureka, CA 95503

   [X] Additional judgment debtors on next page

5. Judgment entered on (date): 01/23/24
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.
11. Total judgment (as entered or renewed)    $    431,940.79
12. Costs after judgment (CCP 685.090)    $    47,768.19
13. Subtotal (add 11 and 12)    $    479,708.98
14. Credits to principal (after credit to interest)    $    105,478.64
15. Principal remaining due (subtract 14 from 13) $    374,230.34
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees)    $
17. Fee for issuance of writ (per GC 70626(a)(I))    $
18. Total amount due (add 15, 16, and 17)    $    374,230.34
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees)............    $    102.53
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) ............    $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: 2/25/2025

Mark B. Busby
Clerk, by *Cindy Hernandez*, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

Case 3:22-cv-03537-TLT   Document 32   Filed 02/25/25   Page 2 of 8

EJ-130

| Plaintiff/Petitioner: Operating Engineers Health & Welfare Trust Fund for N. CA, et al. | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Doc's Mobile Service, et al. | 4:22-cv-03537 TLT |

21. [x] **Additional judgment debtor(s)** *(name, type of legal entity if not a natural person, and last known address):*

   Todd Johnson
   65 Spruce Street
   Eureka, CA 95503

22. The judgment is for *(check one):*
   a. [ ] wages owed.
   b. [ ] child support or spousal support.
   c. [ ] other.

23. [ ] Notice of sale has been requested by *(name and address):*

24. [ ] Joint debtor was declared bound by the judgment (CCP 989-994)
   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. [ ] Additional costs against certain joint debtors are itemized: [ ] below [ ] on Attachment 24c.

25. [ ] (Writ of Possession or Writ of Sale) Judgment was entered for the following:
   a. [ ] Possession of real property: The complaint was filed on *(date):*
   *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*
   (1) [ ] The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
   (2) [ ] The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
   (3) [ ] The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*
   (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:
   (a) The daily rental value on the date the complaint was filed was $
   (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

Case 3:22-cv-03537-TLT   Document 32-1   Filed 02/25/25   Page 3 of 8

| | | EJ-130 |
|---|---|---|
| Plaintiff/Petitioner: Operating Engineers Health & Welfare Trust Fund for N. CA, et al. | CASE NUMBER: | |
| Defendant/Respondent: Doc's Mobile Service, et al. | 4:22-cv-03537 TLT | |

25. b. ☐ Possession of personal property.
   ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130 [Rev. September 1, 2020] | **WRIT OF EXECUTION** | Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form. | [Print this form] [Save this form] | [Clear this form]

EJ-155

# EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS

The following is a list of assets that may be exempt from levy in enforcing a judgment.

Exemptions are found in the United States Code (**USC**) and in the California codes, primarily the Code of Civil Procedure (**CCP**).

Because of periodic changes in the law, the list may not include all exemptions that apply in your case. The exemptions may not apply in full or under all circumstances. Some are not available after a certain period of time. You or your attorney should read the statutes.

If you believe the assets that are being levied on are exempt, file the claim of exemption form that you received with the *Notice of Levy* packet.

> **AMOUNT OF EXEMPTIONS:** For the exemption amount, please refer to the code section listed below for each type of property. The current amounts of certain exemptions are listed in *Current Dollar Amounts of Exemptions From Enforcement of Judgments* (form EJ-156). The amounts of some of the exemptions are amended every three years and become effective immediately on April 1 under the provisions of Code of Civil Procedure section 703.150.

| Type of Property | Code and Section | Type of Property | Code and Section |
|---|---|---|---|
| ABLE Accounts | Welf & I C § 4880(c) | Benefit Payments *(cont.)* | |
| Accounts *(See Deposit Accounts)* | | Relocation Benefits | CCP § 704.180 |
| Appliances | CCP § 704.020 | Retirement Benefits | |
| Art and Heirlooms | CCP § 704.040 | and Contributions: | |
| Automobiles | CCP § 704.010 | Private | CCP § 704.115 |
| BART District Benefits | CCP § 704.110 | Public | CCP § 704.110 |
| | Pub Util C § 28896 | Segregated Benefit Funds | Ins C § 10498.5 |
| Benefit Payments: | | Social Security Benefits | 42 USC § 407 |
| BART District Benefits | CCP § 704.110 | Strike Benefits | CCP § 704.120 |
| | Pub Util C § 28896 | Supplemental Security Income | 42 USC § 1383 |
| Charity | CCP § 704.170 | | 42 USC § 407(d) |
| Civil Service Retirement | | Transit District Retirement | |
| Benefits (Federal) | 5 USC § 8346 | Benefits (Alameda and | |
| County Employees | | Contra Costa Counties) | CCP § 704.110 |
| Retirement Benefits | CCP § 704.110 | | Pub Util C § 25337 |
| | Govt C § 31452 | Unemployment Benefits | |
| Disability Insurance Benefits | CCP § 704.130 | and Contributions | CCP § 704.120 |
| Fire Service Retirement | | Veterans Benefits | 38 USC § 5301 |
| Benefits | CCP § 704.110 | Veterans Medal of Honor | |
| | Govt C § 32210 | Benefits | 38 USC § 1562 |
| Fraternal Organization | | Welfare Payments | CCP § 704.170 |
| Funds Benefits | CCP § 704.130 | | Welf & I C § 17409 |
| | CCP § 704.170 | Workers Compensation | CCP § 704.160 |
| Health Insurance Benefits | CCP § 704.130 | Boats | CCP § 704.060 |
| Irrigation System | | | CCP § 704.710 |
| Retirement Benefits | CCP § 704.110 | Books | CCP § 704.060 |
| Judges Survivors Benefits | | Building Materials (Residential) | CCP § 704.030 |
| (Federal) | 28 USC § 376(n) | Business: | |
| Legislators Retirement | | Licenses | CCP § 695.060 |
| Benefits | CCP § 704.110 | | CCP § 699.720(a)(1) |
| | Govt C § 9359.3 | Tools of Trade | CCP § 704.060 |
| Life Insurance Benefits: | | Cars and Trucks (including | |
| Group | CCP § 704.100 | proceeds) | CCP § 704.010 |
| Individual | CCP § 704.100 | Cash | CCP § 704.070 |
| Lighthouse Keepers | | Cemeteries: | |
| Surviving Spouses Benefits | 33 USC § 775 | Land Proceeds | Health & SC § 7925 |
| Longshore & Harbor Workers | | Plots | CCP § 704.200 |
| Compensation or Benefits | 33 USC § 916 | Charity | CCP § 704.170 |
| Military Benefits: | | Claims, Actions and Awards: | |
| Retirement | 10 USC § 1440 | Personal Injury | CCP § 704.140 |
| Survivors | 10 USC § 1450 | Worker's Compensation | CCP § 704.160 |
| Municipal Utility District | | Wrongful Death | CCP § 704.150 |
| Retirement Benefits | CCP § 704.110 | Clothing | CCP § 704.020 |
| | Pub Util C § 12337 | Condemnation Proceeds | CCP § 704.720(b) |
| Peace Officers Retirement | | County Employees Retirement | |
| Benefits | CCP § 704.110 | Benefits | CCP § 704.110 |
| | Govt C § 31913 | | Govt C § 31452 |
| Pension Plans | | Damages *(See Personal Injury* | |
| (and Death Benefits): | | *and Wrongful Death)* | |
| Private | CCP § 704.115 | Deposit Accounts: | |
| Public | CCP § 704.110 | Deposit Accounts (generally) | CCP § 704.220 |
| Public Assistance | CCP § 704.170 | Deposit Accounts (hardship) | CCP § 704.225 |
| | Welf & I C § 17409 | | |

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-155 [Rev. September 1, 2021] | **EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS** | Code of Civil Procedure,<br>§§ 681.030(c), 700.010<br>*www.courts.ca.gov* |

## EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS
(Continued)

EJ-155

| Type of Property | Code and Section | Type of Property | Code and Section |
|---|---|---|---|
| Deposit Accounts *(cont.)* | | Motor Vehicle (Including | |
|   Escrow or Trust Funds | Fin C § 17410 |   Proceeds) | CCP § 704.010 |
|   Social Security Direct | | | CCP § 704.060 |
|     Deposits | CCP § 704.080 | Municipal Utility District | |
| Direct Deposit Account: | |   Retirement Benefits | CCP § 704.110 |
|   Social Security | CCP § 704.080 | Peace Officers Retirement | Pub Util C § 12337 |
|   Supplemental Security Income | CCP § 704.080 |   Benefits | CCP § 704.110 |
|   Public Benefits | CCP § 704.080 | Pension Plans: | Govt C § 31913 |
| Disability Insurance Benefits | CCP § 704.130 |   Private | CCP § 704.115 |
| Dwelling House | CCP § 704.740 |   Public | CCP § 704.110 |
| Earnings | CCP § 704.070 | Personal Effects | CCP § 704.020 |
| | CCP § 706.050 | Personal Injury Actions | |
| | 15 USC § 1673(a) |   or Damages | CCP § 704.140 |
| Educational Grant | Ed C § 21116 | Prisoner's Funds | CCP § 704.090 |
| Employment Bonds | Lab C § 404 | Property Not Subject to | |
| Federal Emergency Management | |   Enforcement of Money | |
|   Agency (FEMA) funds | CCP § 704.230 |   Judgments | CCP § 704.210 |
| Financial Assistance: | | Prosthetic and Orthopedic | |
|   Charity | CCP § 704.170 |   Devices | CCP § 704.050 |
|   Public Assistance | CCP § 704.170 | Provisions (for Residence) | CCP § 704.020 |
| | Welf & I C § 17409 | Public Assistance | CCP § 704.170 |
|   Student Aid | CCP § 704.190 | | Welf & I C § 17409 |
|   Welfare *(See Public Assistance)* | | Public Employees: | |
| Fire Service Retirement | CCP § 704.110 |   Death Benefits | CCP § 704.110 |
| | Govt C § 32210 |   Pension | CCP § 704.110 |
| Fraternal Organizations | |   Retirement Benefits | CCP § 704.110 |
|   Funds and Benefits | CCP § 704.130 |   Vacation Credits | CCP § 704.113 |
| | CCP § 704.170 | Railroad Retirement Benefits | 45 USC § 231m |
| Fuel for Residence | CCP § 704.020 | Railroad Unemployment | |
| Furniture | CCP § 704.020 |   Insurance | 45 USC § 352(e) |
| General Assignment for | | Relocation Benefits | CCP § 704.180 |
|   Benefit of Creditors | CCP § 1801 | Retirement Benefits and | |
| Health Aids | CCP § 704.050 |   Contributions: | |
| Health Insurance Benefits | CCP § 704.130 |   Private | CCP § 704.115 |
| Home: | |   Public | CCP § 704.110 |
|   Building Materials | CCP § 704.030 | | Ins C § 10498.5 |
|   Dwelling House | CCP § 704.740 | Scholarshare (Higher Education | |
|   Homestead | CCP § 704.720 |   Savings) | CCP § 704.105 |
| | CCP § 704.730 | Segregated Benefit Funds | Ins C § 10498.6 |
|   Housetrailer | CCP § 704.710 | Servicemembers Property | 50 USC § 523(b) |
|   Mobilehome | CCP § 704.710 | Social Security | 42 USC § 407 |
| Homestead | CCP § 704.720 | Social Security Direct Deposit | CCP § 704.080 |
| | CCP § 704.730 | Strike Benefits | CCP § 704.120 |
| Household Furnishings | CCP § 704.020 | Supplemental Security Income | 42 USC § 1383(d) |
| Insurance: | | | 42 USC § 407 |
|   Disability Insurance | CCP § 704.130 | Student Aid | CCP § 704.190 |
|   Fraternal Benefit Society | CCP § 704.110 | Tools of Trade | CCP § 704.060 |
|   Group Life | CCP § 704.100 | Transit District Retirement | |
|   Health Insurance Benefits | CCP § 704.130 |   Benefits (Alameda and Contra | |
|   Individual | CCP § 704.100 |   Costa Counties) | CCP § 704.110 |
|   Insurance Proceeds— | | | Pub Util C § 25337 |
|     Motor Vehicle | CCP § 704.010 | Travelers Check Sales Proceeds | Fin C § 1875 |
| Irrigation System | | Unemployment Benefits and | |
|   Retirement Benefits | CCP § 704.110 |   Contributions | CCP § 704.120 |
| Jewelry | CCP § 704.040 | Uniforms | CCP § 704.060 |
| Judges Survivors Benefits | | Vacation Credits (Public | |
|   (Federal) | 28 USC § 376(n) |   Employees) | CCP § 704.113 |
| Legislators Retirement | | Veterans Benefits | 38 USC § 5301 |
|   Benefits | CCP § 704.110 | Veterans Medal of Honor | |
| | Govt C § 9359.3 |   Benefits | 38 USC § 1562 |
| Licenses | CCP § 695.060 | Wages | CCP § 704.070 |
| | CCP § 720(a)(1) | | CCP § 706.050 |
| Lighthouse Keepers Surviving | | | CCP § 706.051 |
|   Spouses Benefit | 33 USC § 775 | Welfare Payments | CCP § 704.170 |
| Longshore and Harbor Workers | | | Welf & I C § 17409 |
|   Compensation or Benefits | 33 USC § 916 | Workers Compensation | |
| Military Benefits: | |   Claims or Awards | CCP § 704.160 |
|   Retirement | 10 USC § 1440 | Wrongful Death Actions or | |
|   Survivors | 10 USC § 1450 |   Damages | CCP § 704.150 |
| Military Personnel—Property | 50 USC § 3934 | | |

EJ-155 [Rev. September 1, 2021]      **EXEMPTIONS FROM THE ENFORCEMENT OF JUDGMENTS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]   [Save this form]

# CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS
## Code of Civil Procedure sections 703.140(b) and 704.010 et seq.

EJ-156

### EXEMPTIONS UNDER SECTION 703.140(b)

The following lists the current dollar amounts of exemptions from enforcement of judgment under Code of Civil Procedure section 703.140(b) used in a case under title 11 of the United States Code (bankruptcy).

Unless otherwise provided by statute, these amounts are effective April 1, 2022 and will be adjusted at each three-year interval, ending on March 31. The amount of the adjustment to the prior amounts is based on the change in the annual California Consumer Price Index for All Urban Consumers for the most recent three-year period ending on the preceding December 31, with each adjusted amount rounded to the nearest $25. (See Code Civ. Proc., § 703.150(e).)

| Code Civ. Proc., § 703.140(b) | Type of Property | Amount of Exemption |
|---|---|---|
| (1) | The debtor's aggregate interest in real property or personal property that the debtor or a dependent of the debtor uses as a residence, or in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence | $ 31,950 |
| (2) | The debtor's interest in one or more motor vehicles | $ 7,500 |
| (3) | The debtor's interest in household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments, that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor (value is of any particular item) | $ 800 |
| (4) | The debtor's aggregate interest in jewelry held primarily for the personal, family, or household use of the debtor or a dependent of the debtor | $ 1,900 |
| (5) | The debtor's aggregate interest, plus any unused amount of the exemption provided under paragraph (1), in any property | $ 1,700 |
| (6) | The debtor's aggregate interest in any implements, professional books, or tools of the trade of the debtor or the trade of a dependent of the debtor | $ 9,525 |
| (8) | The debtor's aggregate interest in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the debtor under which the insured is the debtor or an individual of whom the debtor is a dependent | $ 17,075 |
| (10)(F) | The debtor's aggregate interest in vacation credits or accrued, or unused, vacation pay, sick leave, family leave, or wages, as defined in Section 200 of the Labor Code | $ 7,500 |
| (11)(E) | The debtor's right to receive, or property traceable to, a payment on account of personal bodily injury of the debtor or an individual of whom the debtor is a dependent | $ 31,950 |

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-156 [Rev. July 15, 2024]

**CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS**

Code of Civil Procedure,
§§ 703.140, 703.150,
704.010 et seq.
www.courts.ca.gov

EJ-156

**CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS**
Code of Civil Procedure sections 703.140(b) and 704.010 et seq.

**EXEMPTIONS UNDER SECTION 704.010 et seq.**

The following lists the current dollar amounts of exemptions from enforcement of judgment under title 9, division 2, chapter 4, article 3 (commencing with section 704.010) of the Code of Civil Procedure.

The amount of the automatic exemption for a deposit account under section 704.220(a) is effective July 1, 2024, and unless otherwise provided by statute after that date, will be adjusted annually, effective July 1, by the Department of Social Services under Welfare and Institutions Code section 11453 to reflect the minimum basic standard of care for a family of four as established by § 11452.*

Unless otherwise provided by statute, the other amounts are all effective April 1, 2022 and will be adjusted at each three-year interval, ending on March 31. The amount of the adjustment to the prior amounts is based on the change in the annual California Consumer Price Index for All Urban Consumers for the most recent three-year period ending on the preceding December 31, with each adjusted amount rounded to the nearest $25. (See Code Civ. Proc., § 703.150(e).)

| Code Civ. Proc. Section | Type of Property | Amount of Exemption |
|---|---|---|
| 704.010 | Motor vehicle (any combination of aggregate equity, proceeds of execution sale, and proceeds of insurance or other indemnification for loss, damage, or destruction) | $ 7,500 |
| 704.030 | Material to be applied to repair or maintenance of residence | $ 3,825 |
| 704.040 | Jewelry, heirlooms, art | $ 9,525 |
| 704.060 | Personal property used in debtor's or debtor's spouse's trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $4,850) | $ 9,525 |
| 704.060 | Personal property used in debtor's and spouse's common trade, business, or profession (amount of exemption for commercial motor vehicle not to exceed $9,700) | $ 19,050 |
| 704.220 | Deposit account, generally (exemption without claim; amount per judgment debtor, section 704.220(a),(e))[1] | $ 2,170* |
| 704.080 | Deposit account with direct payment of social security or public benefits (exemption without claim, section 704.080(b))[2] | |
| | • Public benefits, one depositor is designated payee | $ 1,900 |
| | • Social security benefits, one depositor is designated payee | $ 3,825 |
| | • Public benefits, two or more depositors are designated payees[3] | $ 2,825 |
| | • Social security benefits, two or more depositors are designated payees[3] | $ 5,725 |
| 704.090 | Inmate trust account | $ 1,900 |
| | Inmate trust account (restitution fine or order) | $ 325[4] |
| 704.100 | Aggregate loan value of unmatured life insurance policies | $ 15,250 |
| 704.113 | The aggregate interest in vacation credits or accrued, or unused, vacation pay, sick leave, or family leave | $ 7,500 |

[1] This exemption does not preclude or reduce other exemptions for deposit accounts. However, if the exemption amount for the deposit account applicable under other automatic exemptions—such as those applicable for direct deposit of social security benefits or public benefits—is greater under the other exemptions, then those apply instead of this one. (Code Civ. Proc., § 704.220(b).)

[2] The amount of a deposit account with direct deposited funds that exceeds exemption amounts shown is also exempt to the extent it consists of payments of public benefits or social security benefits. (Code Civ. Proc., § 704.080(c).)

[3] If only one joint payee is a beneficiary of the payment, the exemption is in the amount available to a single designated payee. (Code Civ. Proc., § 704.080(b)(3) and (4).)

[4] This amount is not subject to adjustments under Code Civ. Proc., § 703.150.

| EJ-156 [Rev. July 15, 2024] | **CURRENT DOLLAR AMOUNTS OF EXEMPTIONS FROM ENFORCEMENT OF JUDGMENTS** | Page 2 of 2 |

[Print this form] [Save this form]

*[NOT FOR WAGE GARNISHMENT]*
**RETURN TO LEVYING OFFICER. DO NOT FILE WITH COURT**

**EJ-160**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR LEVYING OFFICER USE ONLY (Levying Officer Name and Address) |
|---|---|
| TELEPHONE NO.:   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | U.S. Department of Justice <br> United States Marshals Service <br> Northern District of California <br> Attn: **Civil** <br> 450 Golden Gate Avenue <br> P.O. Box 36056 <br> San Francisco, California 94102 |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ United States District Court, NDCA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Operating Engineers' Health & Welfare Trust Fund, et al.

DEFENDANT/RESPONDENT: Doc's Mobile Service, et al.

LEVYING OFFICER FILE NUMBER:

**CLAIM OF EXEMPTION**
(Enforcement of Judgment)

FOR COURT USE ONLY

CASE NUMBER:
3:22-cv-03537 TLT

*Copy all the information required above (except the top left space) from the Notice of Levy. The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer.*
**DO NOT FILE WITH THE COURT.**

1. My name is:
2. Papers should be sent to:
   ☐ me.
   ☐ my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address ☐ shown above ☐ following *(specify):*

3. ☐ I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor is *(specify):*

4. The property I claim to be exempt is *(describe):*

5. The property is claimed to be exempt under the following code and section *(specify):*

6. The facts which support this claim are *(describe):*

7. ☐ The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment debtor and the spouse and dependents of the judgment debtor. A Financial Statement form is attached to this claim.
8. ☐ The property claimed to be exempt is
   a. ☐ a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. ☐ tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. all other property of the same type owned by the judgment debtor, either alone or in combination with others, is *(describe):*

9. ☐ The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is *(describe):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

▶

_____   _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved by the
Judicial Council of California
EJ-160 [Rev. January 1, 2009]



**CLAIM OF EXEMPTION**
(Enforcement of Judgment)

Code of Civil Procedure, § 703.520
www.courtinfo.ca.gov

WG-007/ EJ-165

| SHORT TITLE: Operating Engineers' Health & Welfare Trust Fund, et al., v. Doc's Mobile Service, et al. | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 3:22-cv-03537 TLT |
|---|---|---|

# FINANCIAL STATEMENT
(Wage Garnishment - Enforcement of Judgment)

**NOTE:** If you are married, this form must be signed by your spouse unless you and your spouse are living separate and apart. If this form is not signed by your spouse, check the applicable box on the reverse in item 9.

1. The following persons other than myself depend, in whole or in part, on me or my spouse for support:

| | NAME | AGE | RELATIONSHIP TO ME | MONTHLY TAKE-HOME INCOME & SOURCE |
|---|---|---|---|---|
| a. | | | Spouse | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |

2. My monthly income
   a. My gross monthly pay is: .................................................................................................... 2a. $ _____
   b. My payroll deductions are *(specify purpose and amount)*:
      (1) Federal and state withholding, FICA, and SDI.................................. $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      My TOTAL payroll deduction amount is *(add (1) through (4))*: .................................... b. $ _____
   c. My monthly take-home pay is *(a minus b)*: ........................................................................ c. $ _____
   d. Other money I get each month from *(specify source)*:
      _____ is ............... d. $ _____

   **e. TOTAL MONTHLY INCOME** *(c plus d)* ........................................................................ e. $ _____

3. I, my spouse, and my other dependents own the following property:
   a. Cash ............................................................................................................................. 3a. $ _____
   b. Checking, savings, and credit union accounts *(list banks)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____   b. $ _____
   c. Cars, other vehicles, and boat equity *(list make, year of each)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____   c. $ _____
   d. Real estate equity ............................................................................................................ d. $ _____
   e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.) *(list separately)*:

   e. $ _____

Page 1 of 2

Form Adopted by the Judicial Council of California
WG-007/EJ-165 [Rev. January 1, 2007]

**FINANCIAL STATEMENT**
(Wage Garnishment - Enforcement of Judgment)

Code of Civil Procedure, §§ 706.124, 703.530
www.courtinfo.ca.gov

CEB | Essential Forms
ceb.com

WG-007/EJ-165

| SHORT TITLE: Operating Engineers' Health & Welfare Trust Fund, et al., v. Doc's Mobile Service, et al. | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 3:22-cv-03537 TLT |
|---|---|---|

4. The monthly expenses for me, my spouse, and my other dependants
   a. Rent or house payment and maintenance .................................................... 4a. $ _____
   b. Food and household supplies .................................................................... b. $ _____
   c. Utilities and telephone ............................................................................... c. $ _____
   d. Clothing ................................................................................................... d. $ _____
   e. Medical and dental payments ................................................................... e. $ _____
   f. Insurance (life, health, accident, etc.) ........................................................ f. $ _____
   g. School, child care ..................................................................................... g. $ _____
   h. Child, spousal support (prior marriage) ..................................................... h. $ _____
   i. Transportation & auto expenses (insurance, gas, repair) *(list car payments in item 5)* .... i. $ _____
   j. Installment payments *(insert total and itemize below in item 5)* ................. j. $ _____
   k. Laundry and cleaning ................................................................................ k. $ _____
   l. Entertainment ........................................................................................... l. $ _____
   m. Other *(specify):*

   m. $ _____

   n. **TOTAL MONTHLY EXPENSES** *(add a through m):* .................................... n. $ _____

5. I, my spouse, and my other dependents owe the following debts:
   CREDITOR'S NAME            FOR          MO. PAYMENTS   BALANCE OWED   OWED BY *(State person's name)*

6. Other facts which support this Claim of Exemption (i.e., unusual medical needs, school tuition, expenses for recent family emergencies, or other unusual expenses to help your creditor and the judge understand your budget) *(describe):*
   *(If more space is needed, attach page labeled Attachment 6.)*

7. ☐ An earnings withholding order is now in effect with respect to my earnings or those of my spouse or dependents named in item 1 *(specify each person's name and monthly amount):*

8. ☐ A wage assignment for support is now in effect with respect to my earnings or those of my spouse or dependents named in item 1 *(specify each person's name and monthly amount):*

9. ☐ My spouse has signed below.
   ☐ I have no spouse.
   ☐ My spouse and I are living separate and apart.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date:

   _____          ▶ _____
   *(TYPE OR PRINT NAME)*                             *(SIGNATURE)*

   _____          ▶ _____
   *(TYPE OR PRINT NAME OF SPOUSE)*                 *(SIGNATURE OF SPOUSE)*

WG-007/EJ-165 [Rev. January 1, 2007]          **FINANCIAL STATEMENT**                          Page 2 of 2
CEB® | Essential Forms®              (Wage Garnishment - Enforcement of Judgment)
ceb.com